UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ELGIN-BUTLER COMPANY, | § | CASE NO. 14-11180-TMD |
| TRIKEENAN TILEWORKS, INC. | § | |
| OF NEW YORK, | § | CASE NO. 14-11181-TMD |
| AND MCINTYRE TILE COMPANY, INC., | § | CASE NO. 14-11182-TMD |
| | § | Chapter 11 |
| | § | |
| | § | Jointly Administered Under |
| | § | CASE NO. 14-11180-TMD |

## NOTICE OF PLAN EFFECTIVE DATE

Elgin-Butler Company, the Reorganized Debtor and successor by merger pursuant to the terms of the Debtors' confirmed Joint Plan of Reorganization in this case to Trikeenan Tileworks, Inc. of New York and McIntyre Tile Company, Inc., files this Notice of Effective Date, as follows:

1. The Court entered its Order Confirming Debtors' Joint Plan of Reorganization on November 20, 2014.

2. **Effective Date**: The conditions precedent to the Effective Date under Section 7.2 of the Joint Plan have occurred and the Effective Date is December 22, 2014.

3. **Deadline for Filing Administrative Claims/Requests for Allowance of Administrative Expenses**: Such requests must be filed with the Court on or before **February 5, 2015**.

Respectfully submitted,

HOHMANN, TAUBE & SUMMERS, L.L.P.

By:    */s/ Mark C. Taylor*
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    (512) 472-5997
    (512) 472-5248 (FAX)

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

The foregoing was served on all persons receiving the Court's electronic notices in this case, as well as to all parties listed on the Master Service List, on December 30, 2014.

*/s/ Mark C. Taylor*
Mark C. Taylor

# MASTER SERVICE LIST

**Debtors**
Trikeenan Tile Works, Inc.
Attn: Matt Galvez
365 FM 696
Elgin, Texas 78621

Elgin Butler Company
Attn: Matt Galvez
365 FM 696
Elgin, Texas 78621

McIntyre Tile Company, Inc.
Attn: Matt Galvez
365 FM 696
Elgin, Texas 78621

**Trustee**
U.S. Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

**Governmental Entities**
Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

**Lenders**
Frost Bank
Attn: Jennifer Crabtree
P.O. Box 16509
Ft. Worth, TX 76162

Ridgestone Bank
13925 West North Ave.
Brookfield, WI 53005

**Creditors**
AAA Natural Stone
12407 N. Mopac Expy.
Suite 250-380
Austin, TX 78758

Abbott Welding Supply Co. Inc
509 North First Street
Olean, NY 14760

Access America
P.O. Box 740048
Atlanta, GA 30374-0048

Acme Brick Company
631 Roundrock West Drive
Round Rock, TX 78681

Admiral Linen & Uniform
2030 Kipling
Houston, TX 77098

ADP, Inc.
P.O. Box 842875
Boston, MA 02284-2875

AFLAC
Attn: Remittance Processing
1932 Wynnton Road
Columbus, GA 31993-0797

Alert Protective Systems Inc.
117 Main Street
East Rochester, NY 14445

Alhambra
P O Box 660579
Dallas, TX 75266-0579

Amerigas
496 Portal St.
Cotati, CA 94931-3013

Ameritrans, Incorporated
1316 Brown Trail
Bedford, TX 76022

Aqua Water
Drawer P
Bastrop, TX 78602

Architect Forum
131 West 35th Street, 8th Floor
New York, NY 10001

Argentieri Brothers, Inc.
50 West Hanover Street
Wellsville, NY 14895

Arnold Oil Company Of Austin
P.O. Box 6337
Austin, TX 78762

ASCO
PO Box 3888
Lubbock, TX 79452-3888

Assembly Subcontracting
27705 Dutcher Creek Rd
Cloverdale, CA 95425

AT&T
P.O. Box 5091
Carol Stream, IL 60197-5091

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T
PO Box 105414
Atlanta, GA 30348-5414

AT&T - Advertising Solutions
P O Box 5021
Carol Stream, IL 60197

AT&T Alarm
P O Box 5025
Carol Stream, IL 60197-5025

AT&T Capital Services, Inc.
13160 Collections Center Drive
Chicago, IL 60693

AT&T - Main
P O Box 5025
Carol Stream, IL 30197-5025

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Atchley & Associates
6850 Austin Center Boulevard
Suite 180
Austin, TX 78731-3129

Austin Armature Works
304 Commercial Drive
Buda, TX 78610

Austin Freight Systems
P.O. Box 150595
Austin, TX 78715

Automatic Data Processing
P.O. Box 842875
Boston, MA 02284-2875

Bastrop County
P.O. Box 579
Bastrop, TX 78602

Belden Brick Company
P.O. Box 20910
Canton, Oh. 44701-0910

Betz Entec Inc.
P.O. Box 846046
Dallas, TX 75284-6046

B&L Portable Toilets
P.O. Box 1371
Georgetown, TX 78627

Bradley Supply
25 N Trasnsit Drive
Hornell, NY 14843

Brian O'Toole, P.C.
504 Lavaca, Ste 945
Austin, TX 78701

Brick Distributors Of
1440 Renaissance Drive #340
Park Ridge, IL 60068

Brick Industry Association
1850 Centennial Park Drive, Suite 301
Reston, VA 20191-1525

Browning-Ferris Ind.
(Allied Waste Service Austin)
PO Box 78829
Phoenix, AZ 85062-8829

Capital Printing Co
P.O. Box 17548
Austin, TX 78760

Caprock Claims Management
P.O. Box 743427
Dallas, TX 75374-3427

Casella Waste Services 49
1618 Sears Rd
Elmira, NY 14903

Century West Properties
12327 Santa Monica Blvd. #101
Los Angeles, CA 90025

Ceramic Glazed Masonry Instit.
P.O. Box 35575
Canton, OH 44735

City of Austin
P.O. Box 2267
Austin, TX 78783-2267

City of Healdsburg
401 Grove St.
Healdsburg, CA 95448

City of Hornell
82 Main Street
Hornell, NY 14843-0627

City of Hornell Industrial Development C
40 Main Street
Hornell, NY 14843

Claypeople
1430 Potrero Ave.
Richmond, CA 94804

Clayscapes Pottery, Inc.
1003 West Fayette St., Suite L1
Syracuse, NY 13204

Columbus Bearing &
P.O. Box 2112
Victoria, TX 77902

Con-Way Freight
P.O. Box 5160
Portland, Oregon 97208-5160

Coyote
P.O. Box 742636
Atlanta, GA 30374-2636

Creative Ceramics & Glass
5240 Aero Dr
Santa Rosa, CA 95403

CSA Transportation
355 Horner Avenue
Toronto, Ontario M8w 1z7

Cutter Lumber Products
10 Rickenbacker Circle
Livermore, CA 94551

D & F Distributing Inc
7676 Hillmont Ste 125
Houston, TX 77040

Dell Business Credit
PO Box 5275
Carol Stream, IL 60197-5275

Dell Financial Services
Payment Processing Center
PO Box 5292
Carol Stream, IL 60197-5292

Diamond Speed Products, Inc.
P.O. Box 502
Franklin Park, IL 60131

Documation
231 East Rhapsody
San Antonio, TX 78216

Documation of Austin
P.O. Box 790448
St. Louis, MO 63179-0448

E&R Supply
1717 S. Chadbourne
San Angelo, TX 76903

Eastern Technical Associates
P.O. Box 1009
Garner, NC 27529-1009

Echo Global Logistics
22168 Network Place
Chicago, IL 60673-1222

Elliott Electric Supply
10605 Delta Drive
Austin, TX 78758

Endeka Ceramics, Inc.
11400 New Berlin Road
Jacksonville, FL 32226

Energy Transfer Fuel
P.O. Box 951439
Dallas,, TX 75395

Estes Express Line
P.O. Box 25612
Richmond, VA 23260-56512

ETC Marketing
3738 Oak Lawn Ave
Dallas, TX 75219

Fed Ex
PO Box 371461
Pittsburgh, PA 15250-7461

Fedex
PO Box 660481
Dallas, TX 75266-0481

Fedex Freight
PO Box 223125
Pittsburgh, PA 15250-2125

Fedex Freight East
P.O. Box 10306
Palatine, IL 60055-0306

Ferro Corporation
PO Box 5831
Cleveland, OH 44193-1022

GCS Technologies, Inc.
8701 N. Mopac
Austin, TX 78759

Garrett Hardware
1340 Healdsburg Ave
Healdsburg, CA 95448

General Shale Products
3015 Bristol Highway
Johnson City, TN 37601

Georgie's Ceramic & Clay
756 NE Lombard
Portland, OR 97211

Grainger
Dept 810125518
Palatine, IL 60038

Grant Street Enterprises LLC
6934 Burnett St.
Sebastopol, CA 95472

Grant Street Enterprises (New Space)
6934 Burnett St.
Sebastopol, CA 95472

Great American Leasing
P.O. Box 660831
Dallas, TX 75266-0831

Guthrie Clinic Ltd.
Guthrie Medical Group, P.C.
One Guthrie Square
Sayre, PA 18840-1699

H. C. Muddox
P O Box 419074
Rancho Cordova, CA 95741

Hagemeyer North America
PO Box 404753
Atlanta, GA 30384-4753

Healdsburg District Hospital
1375 University Ave
Healdsburg, CA 95448

Healdsburg Lumber
P O Box 970
Healdsburg, CA 95448

Healdsburg Signs, Inc.
1200a Healdsburg Ave
Healdsburg, CA 95448

Hebron Brick & Block
2300 Main Avenue
Fargo, ND 58107-1612

Hill Country Electric Supply
P.O. Box 577
San Antonio, TX 78292-0577

Hornell Area Chamber of Commerce
40 Main Street
Hornell, NY 14843

ING Retirement Service
P.O. Box 602263
Charlotte, NC 28260-2263

Industrial Minerals Co.
7268 Frasinetti Rd
Sacramento, CA 95828

Ironrock/Metrobrick
PO Box 9240
Canton, OH 44711-9240

Jardam LLC
2680 Cherokee Road
St. Cloud, FL 34772

Kenfield Golf Cars
13357 Pond Springs Road
Austin, TX 78729

Laguan Clay Company
14400 Lomitas Ave
City Of Industry, CA 91746

Lincoln Financial Group
Po 0821
Carol Stream, IL 60132-0821

Lincoln National Life Insurance Company
P.O. Box 0821
Carol Stream, IL 60132-0821

Manfredini & Schianchi S.R.L.
Via Dallari 2
41049 Sassuolo (Mo)
Italy,

Mason Color Works
250 East 2nd Street
East Liverpool, OH 43920-5076

Matson Logistics Services LLC
PO Box 71-4491
Columbus, OH 43271

McGraw Hill Construction
7625 Collection Center Drive
Chicago, IL 60693

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

McMaster-Carr
P O Box 7690
Chicago, IL 60680

Microsoft Financing
P.O. Box 842103
Dallas, TX 75284-2103

Molds West
12885 Henno Rd
Glen Ellen, CA 95442

Monarch Paint Company
P.O. Box 676340
Dallas, TX 75267-6340

| | | |
|---|---|---|
| Monmouth<br>44 Monmouth Street<br>Red Bank, NJ 07701-1614 | One Stop Logistics<br>545 Ohlone Parkway<br>Watsonville, CA 95076 | PS Business Park<br>P.O. Box 200697-05<br>Dallas, TX 75320-0697 |
| MSC Industrial Supply<br>Dept. Ch 0075<br>Palatine, IL 60055-0075 | Open Flow<br>Lock Box #8411<br>Philadelphia, PA 191478-8411 | Puhrsite LLC<br>2504-A Kinney Rd.<br>Austin, TX 78704 |
| Myramid Analytical Inc.<br>PO Box 91417<br>Austin, TX 78709 | Orkin Extermination Co.<br>5810 Trade Center Dr Ste 300<br>Austin, TX 78744 | Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 |
| NRG Laser Inc.<br>61535 S Hwy 97<br>Suite 9-243<br>Bend, OR 97702 | O'Reilly's Auto Parts<br>P.O. Box 9464<br>Springfield, MO 65801-9464 | Quill.Com<br>PO Box 37600<br>Philadelphia, PA 19101-0600 |
| NMHG Financial Service<br>P.O. Box 643749<br>Pittsburgh, PA 15264-3749 | Optimation Technology Inc.<br>50 High Tech Drive<br>Rush, NY 14543 | RABCO Ceramics Supply<br>10 Venture Way<br>Sykesville, MD 21784 |
| NS Ceramic Inc.<br>25 E Ortega Street<br>Santa Barbara, CA 93101 | Orton Ceramics<br>PO Box 2760<br>Westerville, OH 43086-2760 | Redwood Empire Disposal<br>P O Box 1300<br>Suisun, CA 94585 |
| NVSEG<br>P.O. Box 11745<br>Newark, NJ 07101-4745 | Ozarka Spring Water Co.<br>Processing Center<br>P.O. Box 856680<br>Louisville, KY 40285 | Reliant<br>P.O. Box 650475<br>Dallas, TX 75265-0475 |
| National Converting &<br>Packaging Corp.<br>2708 N.E. Main St.<br>Ennis, Texas 75119 | Pacific Gas and Electric<br>P O Box 997300<br>Sacramento, CA 95899-7300 | Riata<br>12320 Alameda Trace Circle<br>Austin, TX 78727 |
| National Fuel<br>PO Box 4103<br>Buffalo, NY 14264 | Pilot Freight Services<br>Dept. 2540 Po Box 122540<br>Dallas, TX 75312-2540 | SAIA Motor Inc.<br>P.O. Box 730532<br>Dallas, TX 75373-0532 |
| New York Business Dev. Corp.<br>P.O. Box 738<br>Albany, NY 12207 | Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 | Sammy Lerma III, M.D.P.A.<br>PO Box 664<br>Bastrop, TX 78602 |
| Oldcastle Industrial Minerals<br>P.O. Box 415396<br>Boston, MA 02241-5396 | Pitney Bowes Credit Corp.<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | San Antonio Armature Works<br>1015 North Colorado<br>San Antonio, Texas 78207 |
| Office Depot<br>P.O. Box 88040<br>Chicago, IL 60680-1040 | PMI Steel Pipe<br>6385 Hwy. US 87 E<br>San Antonio, TX 78222 | Select Thin Brick<br>8302 Breckenridge Way<br>Columbus, OH 43235 |
| Office Spot<br>P O Box 1346<br>Healdsburg, CA 95448 | Protech International<br>5521 Cannon Drive<br>Suite 102<br>Monroe, NC 28110 | SEW-Eurodrive<br>P.O. Box 951012<br>Dallas, TX 75395-1012 |
| | | Signode Industry<br>P.O. Box 71506<br>Chicago, IL 60694-1506 |

Sioux City Brick & Tile
Company
P.O. Box 807
Sioux City, IA 51102

Sonama County Tax Collector
P O Box 3879
Santa Rosa, CA 95402

Southside Market
1212 Hwy 290
Elgin, TX 78621

Southwest Heater & Controls
10601 Control Place   (114)
Jerry@Swhc.Com
Dallas, TX 75238

Stenben Truit Co.
1 Stenben Square
Hornell, NY 14843

Stewart & Stevenson
13711 Thermal Drive
Austin, TX 78728-7733

Steuben Trust Co.-Rent
100339046507
One Steuben Square
Hornell, NY 14843

Swackhamer's Greenhouse
76 North Main Street
Hornell, NY 14843

T K Group, Inc.
1781 S. Bell School Rd.
Cherry Valley,, IL 61016

Texas Assoc. of Business
1209 Nueces Street
Austin, TX 78701

Texas Gas Service
P.O. Box 31427
El Paso, TX 79931-0027

Texas Life Insurance
P.O. Box 2209
Waco, TX 76703-2209

Texas Masonry Council
PO Box 4278
Waco, TX 76708

Texas Welding Supply
4705 Commercial Park Drive
Austin, TX 78724

The Jake Group
3214 O Street, NW
Washington, DC 20007

The National Brick Research
100 Clemson Research Blvd.
Anderson, SC 29625

The State Insurance Fund
PO Box 5261
Binghamton, NY 13902-5261

The Tuscany
4716 Duval Road
Austin, TX 78727
Tina Raiford
12320 Alameda Trace Circle #1405
Austin, TX 78727

Marc Thomas
1734 Antelope Ave
Ventura, CA 93003

Townley Lumber
P.O. Box 726
Henderson, TX 75653

Transport Services Inc.
P.O. Box 378
Pflugerville, TX 78660

Trinity Ceramic Supply
9016 Diplomacy Row
Dallas, TX 75247

True Value
PO Box 712
Elgin, TX 78621

UPS Freight
P O Box 730900
Dallas, TX 75373

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

Unimin Corporation
P.O. Box 198867
Atlanta, GA 30384-8867

Unishippers
PO Box 1560
Melbourne, FL 32902

Univar
P.O. Box 849027
Dallas, TX 75284

Verizon
P.O. Box 15124
Albany, NY 12212-5124

W.W. Grainger
Dept. 883529513
Palatine, IL 60038-0001

W.W. Grainger Inc.
P.O. Box 419267
Kansas City, MO 64141-6267

Willis of Texas Inc.
P.O. Box 731739
Dallas, TX 75373-1739

YRC
Dept. 13573
Newark, NJ 07188-0573

Zee Medical Company
P O Box 22
Fair Oaks, CA 95628

**Parties Requesting Service**
Leslie M. Luttrell
Luttrell + Villarreal Law Group
400 N. Loop 1604 E., Suite 208
San Antonio, TX 78232

David A. Stephan
Simon, PLC
10000 N. Central Exp. #400
Dallas, TX 75231

C. Daniel Roberts
C. Daniel Roberts & Assoc.
1602 East Cesar Chavez
Austin, TX 78702

John F. Higgins
Aaron J. Power
Porter Hedges, LLP
1000 Main St., 36th Floor
Houston, TX 77002

Gary A. Hansz
Simon PLC Attorneys
37000 Woodward Ave. #250
Bloomfield Hills, MI 48304

Paul A. Levine
Lemery Greisler LLC
50 Beaver Street, 2nd Fl.
Albany, New York 12207

William S. Warren
Warren Law Firm
1011 Westlake Drive
Austin, TX 78746

Kell C. Mercer
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Weldon L. Moore, III
Sussman & Moore, LLP
4645 N. Central Expwy. #300
Dallas, TX 75205

John Craig
Russell R. Johnson, III
Law Firm of Russell R. Johnson
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Brian T. Cumings
James V. Hoeffner
Graves, Dougherty
401 Congress Ave., #2200
Austin, TX 78701

J. Robert Forshey, Esq.
Forshey & Prostok, LLP
777 Main St., Suite 1290
Fort Worth, TX 76102

William L. Latham
Acme Brick Co.
P.O. Box 425
Fort Worth, TX 76107

Kimberly A. Walsh
Assistant Attorney General
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX 78711