IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Elgin Butler Company | § | Case No. 14-11180-tmd |
| | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

MOTION OF THE UNITED STATES TRUSTEE
TO CONVERT CASE TO A CASE UNDER CHAPTER 7

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely response is necessary for a hearing to be held.**

TO THE HONORABLE TONY M. DAVIS, U. S. BANKRUPTCY JUDGE:

COMES NOW, JUDY A. ROBBINS, United States Trustee for Region 7, through the undersigned counsel and files this Motion to Convert Case to a Case Under Chapter 7 pursuant to 11 U.S.C. §1112(b)(1), (2), and (4), and respectfully represents as follows:

1. The Court has jurisdiction of this matter under 28 U.S.C. § 134(a) and (b), 28 U.S.C. § 157(a) and (b)(1), 28 U.S.C. § 151, and 11 U.S.C. § 1112(b). This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B).

2. Elgin Butler Company filed a voluntary petition under Chapter 11 of Title 11, United States Code on August 10, 2014. The Court confirmed the Debtor's Modified Chapter 11 Plan of Reorganization on November 20, 2014.

3. Despite many requests by the UST and promises made by the Debtor, the Debtor has not filed any post-confirmation reports since the plan of reorganization was confirmed. This failure is one of the specific examples of "cause" in 11 U.S.C. §1112(d)(4)(H). Without these

post-confirmation reports, the Court, creditors, and the U.S. Trustee are unable to determine whether or not the Debtor is performing under the plan. Without these reports, the UST cannot calculate the precise amount of U.S. Trustees Program quarterly fees which the Debtor owes, further cause for the conversion of this case. 11 U.S.C. §1112(d)(4)(K). The UST estimates that the Debtor owes fees in the amount of $19,500.00 for the third and fourth quarters of 2015.

4. For cause as described above, this case should be converted to a case under Chapter 7 of the Bankruptcy Code.

WHEREFORE, premises considered, the United States Trustee prays that the Court convert this case to a case under Chapter 7 for cause. The UST prays for any and all further relief as is equitable and just.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7

By: /s/ Valerie L. Wenger
Henry G. Hobbs, Jr.
Assistant U.S. Trustee
SBOT No. 0790116
Valerie L. Wenger
Trial Attorney
SBOT No. 21176300
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701
512-916-5328
512-916-5331 fax
Valerie.l.wenger@usdoj.gov

# **CERTIFICATE OF SERVICE**

   I certify that I sent a true copy of this United States Trustee's Motion to Convert Case to a Case Under Chapter 7 by prepaid first class mail to the persons listed below and to the parties listed on Debtor's Mailing Matrix (not attached to service copies) on January 11, 2016.

                  /s/ Valerie L. Wenger
                  Valerie L. Wenger

Debtor:
Elgin Butler Company
Attn: Matt Galvez
365 FM 696
Elgin TX 78621

Debtor's Attorney:
Mark C. Taylor
Taube Summers et al
100 Congress Ave., Ste. 1800
Austin, TX 78701

Label Matrix for local noticing
0542-1
Case 14-11180-tmd
Western District of Texas
Austin
Mon Jan 11 10:39:03 CST 2016

Trikeenan Tileworks, Inc. of New York
365 Fm 696
Elgin, TX 78621-5034

Elgin Butler Company
365 FM 696
Elgin, TX 78621-5034

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

McIntyre Tile Company Inc.
365 FM 696
Elgin, TX 78621-5034

AAA Natural Stone
12407 N. Mopac Expy, Suite 250-380
Austin, TX 78758-2475

AFLAC
Attn: Remittance Processing
1932 Wynnton Road
Columbus, GA 31993-0797

AIG Property Casualty Inc
American International Group, Inc.
Ryan G. Foley, Authorized Rep
175 Water St 15th Fl
New York NY 10038-4918

ASCO
PO Box 3888
Lubbock, TX 79452-3888

AT&T Mobility II LLC
&#037;AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

AT&T
P.O. Box 5091
Carol Stream, IL 60197-5091

AT&T
PO Box 105414
Atlanta, GA 30348-5414

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

AT&T Capital Services, Inc.
13160 Collections Center Drive
Chicago, IL 60693-0131

AT&T Corp
c/o AT&T Services, Inc
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Acme Brick Co.
c/o J. Robert Forshey
Forshey & Prostok, LLP
777 Main St., Suite 1290
Fort Worth, TX 76102-5316

Acme Brick Co.
c/o William L. Latham, General Counsel
PO Box 425
Fort Worth, TX 76101-0425

Acme Brick Company
631 Roundrock West Drive
Round Rock, TX 78681-5019

Admiral Linen & Uniform
2030 Kipling
Houston, TX 77098-1599

Ameritrans, Incorporated
1316 Brown Trail
Bedford, TX 76022-6402

Aqua Water
Drawer P
Bastrop, TX 78602-1989

Architect Forum
131 West 35th Street, 8th Floor
New York, NY 10001-2111

Arnold Oil Company of Austin LP
Attn: Stephen O. Cutler
P.O. Box 6337
Austin, TX 78762-6337

Atchley & Associates
6850 Austin Center Boulevard
Suite 180
Austin, TX 78731-3129

Austin Armature Works
304 Commercial Drive
Buda, TX 78610-3507

Austin Freight Systems
P.O. Box 150595
Austin, TX 78715-0595

Automatic Data Processing
P.O. Box 842875
Boston, MA 02284-2875

B&L Portable Toilets
P.O. Box 1371
Georgetown, TX 78627-1371

Bastrop County
P.O. Box 579
Bastrop, TX 78602-0579

| | | |
|---|---|---|
| Belden Brick Company<br>P.O. Box 20910<br>Canton, OH 44701-0910 | Betz Entec Inc.<br>P.O. Box 846046<br>Dallas, TX 75284-6046 | Brian O'Toole, P.C.<br>504 Lavaca Ste 945<br>Austin, TX 78701-2817 |
| Brick Distributors Of<br>1440 Renaissance Drive Suite 340<br>Park Ridge, IL 60068-1471 | Brick Industry Association<br>1850 Centennial Park Drive, Suite 301<br>Reston, VA 20191-1542 | Browning-Ferris Ind. (Allied Waste Servi<br>Austin<br>PO Box 78829<br>Phoenix, AZ 85062-8829 |
| CSA Transportation<br>355 Horner Avenue<br>Toronto, Ontario M8w 1z7 | Capital Printing Co<br>P.O. Box 17548<br>Austin, TX 78760-7548 | Capital Printing Co.<br>6024 45th Street<br>Lubbock, TX 79407-3706 |
| Caprock Claims Management<br>P.O. Box 743427<br>Dallas, TX 75374-3427 | Century West Properties<br>12327 Santa Monica Blvd., Ste 101<br>Los Angeles, CA 90025-2552 | Ceramic Glazed Masonry Institu<br>P.O. Box 35575<br>Canton, OH 44735-5575 |
| City of Austin<br>721 Barton Springs Rd<br>Austin, TX 78704-1145 | City of Austin<br>PO Box 2267<br>Austin, TX 78768-2267 | Columbus Bearing &<br>P.O. Box 2112<br>Victoria, TX 77902-2112 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Con-Way Freight<br>P.O. Box 5160<br>Portland, OR 97208-5160 | Coyote Logistics LLC<br>960 North Point Parkway<br>Suite 150<br>Alpharetta, GA 30005-4123 |
| D & F Distributing Inc<br>7676 Hillmont Ste 125<br>Houston, TX 77040-6474 | D&F Distributing Inc.<br>2501 Oak Lawn Ave.<br>Suite 820<br>Dallas, TX 75219-4000 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dell Financial Services L.L.C.<br>c/o Streusand, Landon & Ozburn, LLP<br>811 Barton Springs Rd., Ste. 811<br>Austin, Texas 78704-1166 | Diamond Speed Products,Inc.<br>P.O. Box 502<br>Franklin Park, IL 60131-0502 | Documation<br>231 East Rhapsody<br>San Antonio, TX 78216-3115 |
| Documation of Austin<br>P.O. Box 790448<br>St. Louis, MO 63179-0448 | E&R Supply<br>1717 S. Chadbourne<br>San Angelo, TX 76903-8596 | E. B. Liquidating Company<br>c/o Brian T. Cumings<br>Graves Dougherty Hearon & Moody, P.C.<br>401 Congress Ave., Suite 2200<br>Austin, TX 78701-3790 |
| ETC Marketing<br>3738 Oak Lawn Ave<br>Dallas, TX 75219-4333 | ETC Marketing, Ltd.<br>c/o John F. Higgins<br>Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002-6341 | Eastern Technical Associates<br>P.O. Box 1009<br>Garner, NC 27529-1009 |

```
Elliott Electric Supply              Endeka Ceramics, Inc.                Energy Transfer Fuel
10605 Delta Drive                    P.O. Box 934597                      P.O.Box 951439
Austin, TX 78758-4501                Atlanta, GA 31193-4597               Dallas, TX 75395-1439


Energy Transfer Fuel, LP             Energy Transfer Partners, LP         FedEx Tech Connect Inc as Assignee
c/o John F. Higgins                  c/o John F. Higgins                  of FedEx Express/Ground/Freight/Office
Porter Hedges LLP                    Porter Hedges LLP                    3965 Airways Blvd, Module G, 3rd Fl
1000 Main Street, 36th Floor         1000 Main St 36th Fl                 Memphis TN 38116-5017
Houston, TX 77002-6341               Houston, TX 77002-6341


Federal Express Corp.                Fedex Freight East                   Frost Bank
P.O. Box 660481                      P.O. Box 10306                       Attn:  Jennifer Crabtree
Dallas, TX 75266-0481                Palatine, IL 60055-0306              P.O. Box 16509
                                                                          Ft. Worth, TX 76162-0509


Frost Bank                           GCS Technologies, Inc.               GE Betz
c/o Leslie M. Luttrell               8701 N. Mopac                        12 Old Hollow Road
Luttrell + Villarreal Law Group      Austin, TX 78759-8371                Suite B
400 N. Loop 1604 E, Ste. 208                                              Trumbull, CT 06611-5523
San Antonio, TX 78232-1246


GENERAL SHALE PRODUCTS               General Shale Products               Glenn Reisman, Esq
3015 BRISTOL HWY                     3015 Bristol Highway                 12 Old Hollow Road
JOHNSON CITY, TN 37601-1511          Johnson City, TN 37601-1511          Suite B
                                                                          Trumbull, CT 06611-5523


(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO   GreatAmerica Financial Svcs Corp   H.C. Muddox
PO BOX 609                           fka GreatAmerica Leasing Corp.       PABCO Clay Products, LLC Legal Departmen
CEDAR RAPIDS IA 52406-0609           c/o Peggy Upton, Litigation Specialist   10600 White Rock Road, Suite 100
                                     PO Box 609                           Rancho Cordova, CA 95670-6294
                                     Cedar Rapids IA 52406-0609


Hagemeyer North America              Hebron Brick & Block                 Hill Country Electric Supply
PO Box 404753                        2300 Main Avenue                     P.O. Box 577
Atlanta, GA 30384-4753               Fargo, ND 58103-1340                 San Antonio, TX 78292-0577


ING Retirement Service               Internal Revenue Service             Kenfield Golf Cars
P.O. Box 602263                      Centralized Insolvency Operations    13357 Pond Springs Road
Charlotte, NC 28260-2263             P.O. Box 7346                        Austin, TX 78729-7108
                                     Philadelphia, PA 19101-7346


Kimberly A. Walsh                    Leighanne Sicre                      Leslie M. Luttrell
Assistant Attorney General           1851 N. Resier                       Luttrell + Villarreal Law Group
Bankruptcy & Collections Division MC 008   El Paso, TX 79912-8023         400 N. Loop 1604E,Ste. 208
PO Box 12548                                                              San Antonio, TX 78232-1246
Austin, TX 78711 2548


Lincoln Financial Group              Lincoln National Life Insurance Company   Liquidity Solutions, Inc.
PO BOX 0821                          P.O. Box 0821                        1 University Plaza, Suite 312
Carol Stream, IL 60132-0821          Carol Stream, IL 60132-0821          Hackensack, NJ 07601-6205
```

| | | |
|---|---|---|
| MSC Industrial Supply Co.<br>Attn: Legal Dept.<br>75 Maxess Road<br>Melville, NY 11747-3151 | Manfredini & Schianchi S.R.L.<br>Via Dallari 2<br>41049 Sassuolo (Mo)<br>Italy, | Mason Color Works<br>250 East 2nd Street<br>East Liverpool, OH 43920-3110 |
| Matson Logistics Services LLC<br>PO Box 71-4491<br>Columbus, OH 43271-4491 | McGraw Hill Construction<br>7625 Collection Center Drive<br>Chicago, IL 60693-0076 | McGraw-Hill Construction<br>148 Princeton-Hightstown Rd<br>Hightstown, NJ 08520-1450 |
| McGraw-Hill Construction, Credit/Collection<br>148 Princeton-Hightstown Rd.<br>Hightstown, NJ 08520-1412 | McMaster-Carr Supply Co.<br>6100 Fulton Industrial Blvd.<br>Atlanta, GA 30336-2852 | Microsoft Financing<br>P.O. Box 842103<br>Dallas, TX 75284-2103 |
| Monarch Paint Company<br>P.O. Box 676340<br>Dallas, TX 75267-6340 | Myramid Analytical Inc<br>PO Box 91417<br>Austin, TX 78709-1417 | NMHG Finanical Services<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids, IA 52404-8247 |
| NRG Laser Inc<br>61535 S Hwy 97<br>Suite 9-243<br>Bend, OR 97702-2154 | National Converting & Packaging Corp.<br>P.O. Box 16807<br>Atlanta, GA 30321-0807 | New York Business Development Corporation<br>c/o C. Daniel Roberts<br>1602 East Cesar Chavez<br>Austin, Texas 78702-4456 |
| New York Business Development Corporation<br>c/o Paul A. Levine, Esq.<br>Lemery Greisler LLC<br>50 Beaver Street - 2nd Fl.<br>Albany, New York 12207-1538 | New York Business Development, Corp<br>c/o C. Daniel Roberts<br>C. Daniel Roberts & Associates, P.C.<br>1602 E Cesar Chavez<br>Austin, TX 78702-4456 | O'Reilly's Auto Parts<br>P.O. Box 9464<br>Springfield, MO 65801-9464 |
| Office Depot<br>6600 N. Military Trail-S413G<br>Boca Raton, FL 33496-2434 | Orkin Extermination Co.<br>5810 Trade Center Dr Ste 300<br>Austin, TX 78744-1365 | Ozarka Spring Water Co.<br>Processing Center<br>P.O. Box 856680<br>Louisville, KY 40285-6680 |
| PMI Steel Pipe<br>6385 Hwy Us 87 E<br>San Antonio, TX 78222-1810 | PS Business Park<br>P.O. Box 200697-05<br>Dallas, TX 75320-0697 | PS Business Parks, Inc.<br>c/o Kell C. Mercer<br>Husch Blackwell LLP<br>111 Congress Ave., Suite 1400<br>Austin, TX 78701-4093 |
| Pacific Bell Telephone Company<br>c/o AT&T Services Inc.<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Pennsy Supply Inc.<br>1001 Paxton St.<br>Harrisburg, PA 17104-1697 | Pipe Movers Inc.<br>dba PMI Steel Pipe<br>c/o IRA M. Karp Attorney<br>320 Lexington AVe.<br>San Antonio, TX 78215-1913 |
| Pitney Bowes<br>PO Box 371896<br>Pittsburgh, PA 15250-7896 | Pitney Bowes Credit Corp.<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256-6016 |

| | | |
|---|---|---|
| Protech International<br>5521 Cannon Drive<br>Suite 102<br>Monroe, NC 28110-7969 | Puhrsite LLC<br>2504-A Kinney Rd.<br>Austin, TX 78704-4920 | Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 |
| RABCO Ceramics Supply<br>10 Venture Way<br>Sykesville, MD 21784-6939 | ROMCO Equipment Company<br>c/o Heather H. Jobe, Esq.<br>Bell Nunnally & Martin LLP<br>3232 McKinney Avenue, Suite 1400<br>Dallas, Texas 75204-7422 | Reliant<br>P.O. Box 650475<br>Dallas, TX 75265-0475 |
| Reliant Energy Retail Services, LLC<br>P. O. Box 1046<br>Houston, TX 77251-1046 | Riata<br>12320 Alameda Trace Circle<br>Austin, TX 78727-6459 | Ridgestone Bank<br>13925 West North Ave.<br>Brookfield, WI 53005-4976 |
| Ridgestone Bank<br>c/o Simon, PLC Attorneys & Counselors<br>10000 N Central Expwy, #40<br>Dallas, TX 75231-4177 | SEW-Eurodrive<br>P.O. Box 951012<br>Rick<br>Dallas, TX 75395-1012 | Saia Motor Freight<br>P.O. Box A Station 1<br>Houma, LA 70361-5901 |
| Sammy Lerma III, M.D.P.A.<br>PO Box 664<br>Bastrop, TX 78602-0664 | San Antonio Armature Works<br>1015 North Colorado<br>San Antonio, TX 78207-1759 | Signode Industry<br>P.O. Box 71506<br>Chicago, IL 60694-1506 |
| Sioux City Brick & Tile<br>Company<br>P.O. Box 807<br>Sioux City, IA 51102-0807 | Sonoma County Tax Collector<br>585 Fiscal Dr #100<br>Santa Rosa CA 95403-2835 | Southside Market<br>1212 Hwy 290<br>Elgin, TX 78621-2019 |
| Southwest Heater & Controls<br>10601 Control Place   (114)<br>Jerry@Swhc.Com<br>Dallas, TX 75238 | Southwestern Bell Telephone Company<br>c/o AT&T Services, Inc.<br>Karen A. Cavagnaro-Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Statewide Zone Capital Corporation of New Yo<br>c/o C. Daniel Roberts<br>1602 East Cesar Chavez<br>Austin, Texas 78702-4456 |
| Steuben Trust Company<br>c/o C. Daniel Roberts<br>C. Daniel Roberts & Associates, P.C.<br>1602 East Cesar Chavez<br>Austin, Texas 78702-4456 | Stewart & Stevenson<br>13711 Thermal Drive<br>Austin, TX 78728-7733 | T K Group, Inc.<br>1781 S. Bell School Rd.<br>Cherry Valley, IL 61016-9338 |
| TXU ENERGY RETAIL COMPANY LLC<br>C/O BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX  75265-0393 | Tannor Partners Credit Fund LP<br>150 Grand Street Ste 401<br>White Plains, NY 10601-4846 | Texas Assoc. of Business<br>1209 Nueces Street<br>Austin, TX 78701-1719 |
| Texas Commission on Environmental Quality<br>MC 132-Bankruptcy Program<br>PO Box 13087<br>Austin, Tx. 78711-3087 | Texas Gas Service<br>P.O. Box 269042<br>Oklahoma City, OK 73126-9042 | Texas Life Insurance<br>P.O. Box 2209<br>Waco, TX 76703-2209 |

| | | |
|---|---|---|
| Texas Masonry Council<br>PO Box 4278<br>Waco, TX 76708-0416 | Texas Welding Supply<br>4705 Commercial Park Drive<br>Austin, TX 78724-2634 | The Jake Group<br>3214 O Street, NW<br>Washington, DC 20007-3273 |
| The National Brick Research<br>100 Clemson Research Blvd.<br>Anderson, SC 29625-6548 | The O'Toole Law Firm, PC<br>c/o Brian O'Toole<br>504 Lavaca, Suite 945<br>Austin, TX 78701-2817 | The Tuscany<br>4716 Duval Road<br>Austin, TX 78727-6809 |
| Tina Raiford<br>12320 Alameda Trace Circle #1405<br>Austin, TX 78727-6467 | Townley Lumber<br>P.O. Box 726<br>Henderson, TX 75653-0726 | Transport Services Inc.<br>P.O. Box 378<br>Pflugerville, TX 78691-0378 |
| Trinity Ceramic Supply<br>9016 Diplomacy Row<br>Dallas, TX 75247-5387 | True Value<br>PO Box 712<br>Elgin, TX 78621-0712 | U.S. Trustee<br>903 San Jacinto Blvd., Suite 230<br>Austin, TX 78701-2450 |
| US Bank NA dba US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085-8311 | Unimin Corporation<br>258 Elm Street<br>New Canaan, CT 06840-5300 |
| Unimin Corporation<br>P.O. Box 198867<br>Atlanta, GA 30384-8867 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Univar<br>P.O. Box 849027<br>Dallas, TX 75284-9027 |
| Victoria Bearing & Industrial Supply, Inc.<br>P.O. Box 2112<br>Victoria, TX 77902-2112 | WW Grainger Inc.<br>c/o Special Collections Dept<br>MES1780509242<br>7300 N melvina<br>Niles IL 60714-3906 | Willis of Texas Inc.<br>P.O. Box 731739<br>Dallas, TX 75373-1739 |
| Mark Curtis Taylor<br>Taube Summers et al<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Business Credit<br>PO Box 5275<br>Carol Stream, IL 60197-5275 | (d)Dell Financial Services<br>Payment Processing Center<br>PO Box 5292<br>Carol Stream, IL 60197-5292 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |

Great America Leasing Corporation
PO Box 660831
Dallas, TX 75266-0831

(d)Great American Leasing
P.O. Box 660831
Dallas, TX 75266-0831

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

(d)E.B. Liquidating Company
c/o Brian T. Cumings
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2200
Austin, TX 78701-3790

(d)Townley Lumber
PO Box 726
Henderson, TX 75653-0726

End of Label Matrix
Mailable recipients    171
Bypassed recipients      3
Total                  174