# UNITED STATES BANKRUPTCY COURT

**MOR-1**

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd
PROPOSED PLAN DATE: 10/22/2014

PETITION DATE: 8/1/2014
DISTRICT OF TEXAS: Western
DIVISION: Austin

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH DECEMBER YEAR 2015

| MONTH | August | September | October | November | December | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 1,148,851.00 | 1,107,842.00 | 1,272,470.00 | 625,146.00 | 834,731.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 364,365.00 | 311,234.00 | -58,749.00 | -183,764.00 | -158,247.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 275,110.00 | 210,847.00 | -159,106.00 | -274,157.00 | 159,260.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 17,709.00 | 17,709.00 | 17,709.00 | 17,709.00 | 17,709.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 632,960.14 | 998,539.17 | 1,257,822.70 | 1,004,704.19 | 868,776.42 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

Are all accounts receivable being collected within terms? Yes (No)
Are all post-petition liabilities, including taxes, being paid within terms? Yes (No)
Have any pre-petition liabilities been paid? (Yes) No
If so, describe __Critical Vendors__

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES (✓) NO ( ) | 06-30-15 |
| LIABILITY | YES (✓) NO ( ) | 06-30-15 |
| VEHICLE | YES (✓) NO ( ) | 06-30-15 |
| WORKER'S | YES (✓) NO ( ) | 06-30-15 |
| OTHER | YES (✓) NO ( ) | 06-30-15 |

Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? (Yes) No as of 12/31/14
What is the status of your Plan of Reorganization?
Confirmed 11/20/14

ATTORNEY NAME: Mark Taylor
FIRM NAME: Hohmann, Taube & Summers, LLP
ADDRESS: 100 Congress Ave
Suite 1800
CITY, STATE, ZIP: Austin, TX 78701
TELEPHONE/FAX: 512-472-5997

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct to the best of my knowledge.*

SIGNED X _Tina Raiford_ TITLE: CFO
(ORIGINAL SIGNATURE)
Tina Raiford
(PRINT NAME OF SIGNATORY)

1/11/16
DATE     Revised 07/01/98

MOR-1

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* as of 7/31/14 | MONTH 8/31/2014 0:00 | MONTH 9/30/2014 0:00 | MONTH 10/31/2014 0:00 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 49,585.00 | 247,142.00 | 237,908.00 | 441,932.00 | 287,428.00 | 106,106.00 | |
| Accounts Receivable, Net | 1,133,120.00 | 1,521,121.00 | 1,569,553.00 | 1,150,378.00 | 919,724.00 | 1,032,924.00 | |
| Inventory: Lower of Cost or Market | 5,303,977.00 | 5,286,429.00 | 5,363,058.00 | 5,013,243.00 | 5,003,172.00 | 5,125,680.00 | |
| Prepaid Expenses | 178,869.00 | 104,904.00 | 189,544.83 | 194,292.83 | 215,205.00 | 240,254.00 | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 6,665,551.00 | 7,159,596.00 | 7,360,063.83 | 6,799,845.83 | 6,425,529.00 | 6,504,964.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 10,127,191.00 | 10,127,194.00 | 10,168,949.00 | 10,221,347.00 | 10,221,347.00 | 10,330,925.00 | |
| Less Accumulated Depreciation | 4,187,472.00 | 4,233,096.00 | 4,278,721.00 | 4,324,345.00 | 4,369,969.00 | 4,398,545.00 | |
| NET BOOK VALUE OF PP & E | 5,939,719.00 | 5,894,098.00 | 5,890,228.00 | 5,897,002.00 | 5,851,378.00 | 5,932,380.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Utility Deposit | 148,649.00 | 148,649.00 | 43,281.17 | 43,281.17 | 38,649.00 | 0.00 | |
| 4. Goodwill - net | 1,341,749.00 | 1,333,290.00 | 1,324,831.00 | 1,316,372.00 | 1,307,913.00 | 1,299,454.00 | |
| TOTAL ASSETS | $14,095,668.00 | $14,535,633.00 | $14,618,404.00 | $14,056,501.00 | $13,623,469.00 | $13,736,798.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* as of 7/31/14 | MONTH 8/31/2014 | MONTH 9/30/2014 | MONTH 10/31/2014 0:00 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 8,373,698.68 | 8,373,646.01 | 8,373,646.01 | 8,373,646.01 | 8,373,646.01 | 7,431,032.55 | |
| Priority Debt | | | | | | | |
| Federal Income Tax | 726,283.00 | 726,283.00 | 726,283.00 | 726,283.00 | 726,283.00 | 914,655.00 | |
| FICA-Employer Only/Fed Withholding | 63,122.69 | 63,516.88 | 59,657.07 | 0.00 | 0.00 | 0.00 | |
| Unsecured Debt | 1,791,027.28 | 1,838,440.28 | 1,763,185.28 | 1,589,585.28 | 1,423,372.28 | 1,569,957.45 | |
| Other Accrued Liabilities | 844,157.31 | 961,259.12 | 912,299.93 | 742,757.00 | 750,097.00 | 748,947.00 | |
| TOTAL PRE-PETITION LIABILITIES | 11,798,288.96 | 11,963,145.29 | 11,835,071.29 | 11,432,271.29 | 11,273,398.29 | 10,664,592.00 | 0.00 |
| TOTAL LIABILITIES | 11,798,288.96 | 11,963,145.29 | 11,835,071.29 | 11,432,271.29 | 11,273,398.29 | 10,664,592.00 | 0.00 |
| OWNER'S EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | | | | | | 500,500.00 | |
| COMMON STOCK | 1,258,340.00 | 1,258,340.00 | 1,258,340.00 | 1,258,340.00 | 1,258,340.00 | 708,737.00 | |
| ADDITIONAL PAID-IN CAPITAL | -140,000.00 | -140,000.00 | -140,000.00 | -140,000.00 | -140,000.00 | -140,000.00 | |
| RETAINED EARNINGS: Filing Date | 1,179,045.00 | 1,179,045.00 | 1,179,045.00 | 1,179,045.00 | 1,179,045.00 | 1,179,045.00 | |
| RETAINED EARNINGS: Post Filing Date | | 275,110.00 | 485,957.00 | 326,851.00 | 52,694.00 | 823,929.00 | 211,954.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 2,297,385.00 | 2,572,495.00 | 2,783,342.00 | 2,624,236.00 | 2,350,079.00 | 3,072,211.00 | 211,954.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $14,095,673.96 | $14,535,640.29 | $14,618,413.29 | $14,056,507.29 | $13,623,477.29 | $13,736,803.00 | $211,954.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

| Check balance | | 14,095,668.00 | $14,535,633.00 | $14,618,404.00 | $14,056,501.00 | $13,623,469.00 | $13,736,798.00 |
| Diff (s/b zero) | | $6 | $7 | $9 | $6 | $8 | $5 |

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 8/31/2014 | MONTH 9/30/2014 | MONTH 10/31/2014 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 1,153,203.00 | 1,077,948.00 | 904,348.00 | 738,135.00 | 955,203.00 | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 63,516.88 | 59,656.54 | 0.00 | 0.00 | 0.00 | |
| State Payroll Taxes | 6,861.05 | 4,623.75 | 0.00 | 0.00 | 0.00 | |
| Ad Valorem Taxes | 19,825.79 | 62,382.00 | 107,409.11 | 94,194.00 | 124,595.00 | |
| Other Taxes | 82,145.21 | 33,937.00 | 0.00 | 0.00 | 0.00 | |
| TOTAL TAXES PAYABLE | 172,348.93 | 160,599.29 | 107,409.11 | 94,194.00 | 124,595.00 | 0.00 |
| SECURED DEBT POST-PETITION | 8,373,646.01 | 8,373,646.01 | 8,373,646.01 | 8,373,646.01 | 7,431,032.55 | |
| UNSECURED DEBT POST-PETITION | 685,237.28 | 685,237.28 | 685,237.28 | 685,237.28 | 614,754.45 | |
| ACCRUED INTEREST PAYABLE | 4,534.92 | 97,334.00 | 103,153.76 | 123,689.00 | 79,354.00 | |
| ACCRUED PROFESSIONAL FEES* | 16,666.64 | 33,950.00 | 20,833.00 | 22,916.00 | 62,000.00 | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Accrued Labor | 108,510.07 | 140,141.71 | 138,728.00 | 140,872.00 | 162,592.00 | |
| 2. Customer Deposits | 513,252.11 | 449,386.10 | 266,829.66 | 260,895.00 | 205,768.14 | |
| 3. All Other Liabilities | 209,463.33 | 90,545.90 | 105,803.47 | 107,531.00 | 114,637.86 | |
| 4. Deferred Tax Benefit | 726,283.00 | 726,283.00 | 726,283.00 | 726,283.00 | 914,655.00 | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | 11,963,145.29 | 11,835,071.29 | 11,432,271.29 | 11,273,398.29 | 10,664,592.00 | $0.00 |

*Payment requires Court Approval

MOR-4    Check Balance    11,963,145.29    11,835,071.29    11,432,271.29    11,273,398.29    10,664,592.00    *Revised 07/01/98*

s/b zero    0.00    0.00    0.00    0.00    0.00

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

## AGING OF POST-PETITION LIABILITIES
MONTH      December 2014

| DAYS  | TOTAL        | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER  |
|-------|--------------|----------------|---------------|-------------|-------------------------|--------|
| 0-30  | 104,452.23   | 104,452.23     |               |             |                         |        |
| 31-60 | 48,284.02    | 48,284.02      |               |             |                         |        |
| 61-90 | 7,217.01     | 7,217.01       |               |             |                         |        |
| 91+   | 584,880.10   | 534,118.82     |               |             | 50,761.28               |        |
| TOTAL | $744,833.36  | $694,072.08    | $0.00         | $0.00       | $50,761.28              | $0.00  |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH      |       |               |       |       |       |       |
|------------|-------|---------------|-------|-------|-------|-------|
| 0-30 DAYS  |       | 543,558.00    |       |       |       |       |
| 31-60 DAYS |       | 325,024.00    |       |       |       |       |
| 61-90 DAYS |       | 82,824.00     |       |       |       |       |
| 91+ DAYS   |       | 109,530.00    |       |       |       |       |
| TOTAL      | $0.00 | $1,060,936.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**            *Revised 07/01/98*

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

## STATEMENT OF INCOME (LOSS)

| | MONTH 8/31/2014 | MONTH 9/30/2014 | MONTH 10/31/2104 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 1,148,851.00 | 1,107,842.00 | 1,272,470.00 | 625,146.00 | 834,731.00 | | 4,989,040.00 |
| TOTAL COST OF REVENUES | 552,413.00 | 547,998.00 | 1,056,205.00 | 570,889.00 | 470,478.00 | | 3,197,983.00 |
| GROSS PROFIT | 596,438.00 | 559,844.00 | 216,265.00 | 54,257.00 | 364,253.00 | 0.00 | 1,791,057.00 |
| OPERATING EXPENSES: | | | | | | | |
|   Selling & Marketing | 115,153.34 | 134,450.59 | 141,949.48 | 122,791.00 | 154,169.00 | | 668,513.41 |
|   General & Administrative | 82,131.61 | 79,171.66 | 112,619.43 | 97,011.00 | 286,232.00 | | 657,165.70 |
|   Insiders Compensation | 17,709.00 | 17,709.00 | 17,709.00 | 17,709.00 | 17,709.00 | | 88,545.00 |
|   Professional Fees | 0.00 | 8,000.00 | 0.00 | 0.00 | | | 8,000.00 |
|   Other | 17,079.05 | 9,278.75 | 2,736.09 | 510.00 | 64,390.00 | | 93,993.89 |
|   Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 232,073.00 | 248,610.00 | 275,014.00 | 238,021.00 | 522,500.00 | 0.00 | 1,516,218.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 364,365.00 | 311,234.00 | -58,749.00 | -183,764.00 | -158,247.00 | 0.00 | 274,839.00 |
| INTEREST EXPENSE | 42,763.00 | 44,237.00 | 44,675.00 | 41,557.00 | 22,468.00 | | 195,700.00 |
| DEPRECIATION | 54,083.00 | 54,083.00 | 54,083.00 | 54,083.00 | 35,300.00 | | 251,632.00 |
| OTHER (INCOME) EXPENSE* | -8,841.00 | 817.00 | 349.00 | 522.00 | 15,929.00 | | 8,776.00 |
| OTHER ITEMS** (Loan Forgiveness) | | | | | -555,584.00 | | -555,584.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 88,005.00 | 99,137.00 | 99,107.00 | 96,162.00 | -481,887.00 | 0.00 | -99,476.00 |
| NET INCOME BEFORE TAXES | 276,360.00 | 212,097.00 | -157,856.00 | -279,926.00 | 323,640.00 | 0.00 | 374,315.00 |
| FEDERAL INCOME TAXES | 1,250.00 | 1,250.00 | 1,250.00 | -5,769.00 | 164,380.00 | | 162,361.00 |
| NET INCOME (LOSS) (MOR-1) | $275,110.00 | $210,847.00 | ($159,106.00) | ($274,157.00) | $159,260.00 | $0.00 | $211,954.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**                                                                                          *Revised 07/01/98*

\* Grog income and NY Workforce refund.

\*\*Federal tax accrual

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/31/2014 | MONTH 9/30/2014 | MONTH 10/31/2014 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $46,554.15 | $244,249.42 | $222,078.76 | $426,382.76 | $273,379.34 | $90,052.93 | $46,554.15 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 4,870.44 | 239.67 | 296.38 | 85.23 | 16,881.73 | | 22,373.45 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 825,784.97 | 976,128.84 | 1,461,830.32 | 851,615.54 | 668,568.28 | | 4,783,927.95 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| TOTAL RECEIPTS** | 830,655.41 | 976,368.51 | 1,462,126.70 | 851,700.77 | 685,450.01 | 0.00 | 4,806,301.40 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 270,943.93 | 259,633.99 | 346,077.79 | 269,972.14 | 253,058.03 | | 1,399,685.88 |
| 8. PAYROLL TAXES PAID | 96,357.18 | 88,881.44 | 118,308.95 | 94,866.48 | 87,028.42 | | 485,442.47 |
| 9. 401K RELATED | 10,728.09 | 8,667.90 | 4,845.17 | 12,358.79 | 6,556.84 | | |
| 10. SALES, USE & OTHER TAXES PAID | 0.00 | 42,757.14 | 19,782.00 | 17,895.46 | 1,434.03 | | 81,868.63 |
| 11. SECURED/RENTAL/LEASES | 0.00 | 37,486.40 | 40,883.95 | 46,078.96 | 33,940.39 | | 158,389.70 |
| 12. UTILITIES & TELEPHONE | 36,711.00 | 82,894.38 | 123,700.40 | 110,335.11 | 90,395.71 | | 444,036.60 |
| 13. INSURANCE | 23,290.00 | 23,289.50 | 45,072.00 | 33,030.94 | 2,220.51 | | 126,902.95 |
| 14. INVENTORY PURCHASES | 150,851.37 | 301,625.06 | 359,731.00 | 247,896.91 | 165,307.52 | | 1,225,411.86 |
| 15. VEHICLE EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| 16. TRAVEL & ENTERTAINMENT | 28,532.00 | 19,398.06 | 17,510.00 | 22,685.92 | 14,811.46 | | 102,937.44 |
| 17. REPAIRS, MAINTENANCE & SUPPLIES | 13,860.04 | 49,128.92 | 136,893.20 | 125,321.03 | 19,856.83 | | 345,060.02 |
| 18. ADMINISTRATIVE & SELLING | 1,686.53 | 23,021.38 | 1,568.24 | 2,637.45 | 173,314.12 | | 202,227.72 |
| 19. OTHER (attach list) | 0.00 | 61,755.00 | 35,000.00 | 20,000.00 | 15,000.00 | | 131,755.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 632,960.14 | 998,539.17 | 1,249,372.70 | 1,003,079.19 | 862,923.86 | 0.00 | 4,703,718.27 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | 8,450.00 | 1,625.00 | 5,852.56 | | 15,927.56 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 632,960.14 | 998,539.17 | 1,257,822.70 | 1,004,704.19 | 868,776.42 | 0.00 | 4,719,645.83 |
| 22. NET CASH FLOW | $197,695.27 | -22,170.66 | 204,304.00 | -153,003.42 | -183,326.41 | 0.00 | 86,655.57 |
| 23. CASH - END OF MONTH (MOR-2) | $244,249.42 | $222,078.76 | $426,382.76 | $273,379.34 | $90,052.93 | $90,052.93 | $133,209.72 |

* Applies to Individual debtors only

MOR-7 - Consolidated   **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

0.00 Unidentified difference in receipts.

0.00 Unidentified difference in disbursements.

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/31/2014 | MONTH 9/30/2014 | MONTH 10/31/2014 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $5,816.69 | $99,589.55 | $95,477.19 | $371,804.46 | $261,514.39 | $56,966.15 | $5,816.69 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 1,980.03 | | | 48.09 | 16,881.73 | | 18,909.85 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 495,112.28 | 673,589.01 | 1,117,837.78 | 585,376.81 | 420,526.62 | | 3,292,442.50 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 497,092.31 | 673,589.01 | 1,117,837.78 | 585,424.90 | 437,408.35 | 0.00 | 3,311,352.35 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 190,406.25 | 189,214.81 | 239,300.79 | 195,738.68 | 188,726.30 | | 1,003,386.83 |
| 8. PAYROLL TAXES PAID | 62,270.98 | 62,201.00 | 78,732.26 | 64,416.04 | 63,368.07 | | 330,988.35 |
| 9. 401K RELATED | 7,231.65 | 6,155.27 | 2,311.59 | 10,140.00 | 3,322.87 | | |
| 10. SALES, USE & OTHER TAXES PAID | 0.00 | 28,253.88 | 9,964.00 | 16,233.54 | 1,434.03 | | 55,885.45 |
| 11. SECURED/RENTAL/LEASES | 0.00 | 19,999.57 | 23,581.95 | 15,699.09 | 16,496.20 | | 75,776.81 |
| 12. UTILITIES & TELEPHONE | 36,711.00 | 80,096.88 | 69,548.40 | 68,731.84 | 57,247.71 | | 312,335.83 |
| 13. INSURANCE | 23,290.00 | 23,289.50 | 45,072.00 | 33,030.94 | 2,220.51 | | 126,902.95 |
| 14. INVENTORY PURCHASES | 49,974.00 | 167,886.87 | 204,998.28 | 158,650.01 | 105,823.08 | | 687,332.24 |
| 15. VEHICLE EXPENSES | | | | | | | 0.00 |
| 16. TRAVEL & ENTERTAINMENT | 23,658.00 | 16,309.71 | 17,186.00 | 22,220.70 | 1,253.83 | | 80,628.24 |
| 17. REPAIRS, MAINTENANCE & SUPPLIES | 8,091.04 | 41,272.50 | 109,372.00 | 86,769.04 | 14,655.12 | | 260,159.70 |
| 18. ADMINISTRATIVE & SELLING | 1,686.53 | 23,021.38 | 1,568.24 | 2,460.09 | 172,408.87 | | 201,145.11 |
| 19. OTHER- Frost -Adequate protection payments | | 20,000.00 | 35,000.00 | 20,000.00 | 15,000.00 | | 90,000.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 403,319.45 | 677,701.37 | 836,635.51 | 694,089.97 | 641,956.59 | 0.00 | 3,224,541.51 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | 4,875.00 | 1,625.00 | | 6,500.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 403,319.45 | 677,701.37 | 841,510.51 | 695,714.97 | 641,956.59 | 0.00 | 3,231,041.51 |
| 22. NET CASH FLOW | 93,772.86 | -4,112.36 | 276,327.27 | -110,290.07 | -204,548.24 | 0.00 | 80,310.84 |
| 23. CASH - END OF MONTH (MOR-2) | $99,589.55 | $95,477.19 | $371,804.46 | $261,514.39 | $56,966.15 | $56,966.15 | $86,127.53 |

\* Applies to Individual debtors only

MOR-7 - EB

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/31/2014 | MONTH 9/30/2014 | MONTH 10/31/2014 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $27,792.96 | $129,817.75 | $128,378.63 | $14,858.71 | $55,946.59 | $90,169.56 | $27,792.96 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 2,379.76 | | 95.52 | | | | 2,475.28 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 245,016.32 | 191,584.75 | 144,056.42 | 205,435.51 | 172,186.53 | | 958,279.53 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 247,396.08 | 191,584.75 | 144,151.94 | 205,435.51 | 172,186.53 | 0.00 | 960,754.81 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 44,483.21 | 42,841.53 | 63,357.51 | 40,983.33 | 36,530.48 | | 228,196.06 |
| 8. PAYROLL TAXES PAID | 16,833.39 | 16,099.65 | 23,349.30 | 14,957.28 | 13,166.08 | | 84,405.70 |
| 9. 401K RELATED | 281.69 | 177.73 | 184.41 | 120.58 | 266.54 | | |
| 10. SALES, USE & OTHER TAXES PAID | | 10,000.00 | 9,818.00 | | | | 19,818.00 |
| 11. SECURED/RENTAL/LEASES | | 10,069.99 | 9,818.00 | 9,818.24 | 9,818.24 | | 39,524.47 |
| 12. UTILITIES & TELEPHONE | | 134.17 | 39,313.00 | 33,417.84 | 25,222.96 | | 98,087.97 |
| 13. INSURANCE | | | | | | | 0.00 |
| 14. INVENTORY PURCHASES | 82,725.00 | 111,755.21 | 107,798.72 | 62,156.78 | 45,890.30 | | 410,326.01 |
| 15. VEHICLE EXPENSES | | | | | | | 0.00 |
| 16. TRAVEL & ENTERTAINMENT | 1,048.00 | | | 0.00 | | | 1,048.00 |
| 17. REPAIRS, MAINTENANCE & SUPPLIES | | 1,945.59 | 2,082.92 | 2,761.60 | 3,350.27 | | 10,140.38 |
| 18. ADMINISTRATIVE & SELLING | | | | 131.98 | 791.13 | | 923.11 |
| 19. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 145,371.29 | 193,023.87 | 255,721.86 | 164,347.63 | 135,036.00 | 0.00 | 892,469.70 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | 1,950.00 | | 2,927.56 | | 4,877.56 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 145,371.29 | 193,023.87 | 257,671.86 | 164,347.63 | 137,963.56 | 0.00 | 897,347.26 |
| 22. NET CASH FLOW | 102,024.79 | -1,439.12 | -113,519.92 | 41,087.88 | 34,222.97 | 0.00 | 63,407.55 |
| 23. CASH - END OF MONTH (MOR-2) | $129,817.75 | $128,378.63 | $14,858.71 | $55,946.59 | $90,169.56 | $90,169.56 | $91,200.51 |

\* Applies to Individual debtors only

MOR-7 - TTW     \*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 8/31/2014 | MONTH 9/30/2014 | MONTH 10/31/2014 | MONTH 11/30/2014 | MONTH 12/31/2014 | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $12,944.50 | $14,842.12 | ($1,777.06) | $39,719.59 | ($44,081.64) | ($57,082.78) | $12,944.50 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 510.65 | 239.67 | 200.86 | 37.14 | 0.00 | | 988.32 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 85,656.37 | 110,955.08 | 199,936.12 | 60,803.22 | 75,855.13 | | 533,205.92 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | 0.00 | | | | | 0.00 |
| TOTAL RECEIPTS** | 86,167.02 | 111,194.75 | 200,136.98 | 60,840.36 | 75,855.13 | 0.00 | 534,194.24 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 36,054.47 | 27,577.65 | 43,419.49 | 33,250.13 | 27,801.25 | | 168,102.99 |
| 8. PAYROLL TAXES PAID | 17,252.81 | 10,580.79 | 16,227.39 | 15,493.16 | 10,494.27 | | 70,048.42 |
| 9. 401K RELATED | 3,214.75 | 2,334.90 | 2,349.17 | 2,098.21 | 2,967.43 | | |
| 10. SALES, USE & OTHER TAXES PAID | | 4,503.26 | 0.00 | 1,661.92 | | | 6,165.18 |
| 11. SECURED/RENTAL/LEASES | | 7,416.84 | 7,484.00 | 20,561.63 | 7,625.95 | | 43,088.42 |
| 12. UTILITIES & TELEPHONE | | 2,663.33 | 14,839.00 | 8,185.43 | 7,925.04 | | 33,612.80 |
| 13. INSURANCE | | | | | | | 0.00 |
| 14. INVENTORY PURCHASES | 18,152.37 | 21,982.98 | 46,934.00 | 27,090.12 | 13,594.14 | | 127,753.61 |
| 15. VEHICLE EXPENSES | | | | | | | 0.00 |
| 16. TRAVEL & ENTERTAINMENT | 3,826.00 | 3,088.35 | 324.00 | 465.22 | 13,557.63 | | 21,261.20 |
| 17. REPAIRS, MAINTENANCE & SUPPLIES | 5,769.00 | 5,910.83 | 25,438.28 | 35,790.39 | 1,851.44 | | 74,759.94 |
| 18. ADMINISTRATIVE & SELLING | | | 0.00 | 45.38 | 114.12 | | 159.50 |
| 19. OTHER - New Kiln payment | | 41,755.00 | | | | | 41,755.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 84,269.40 | 127,813.93 | 157,015.33 | 144,641.59 | 85,931.27 | 0.00 | 586,707.06 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | 1,625.00 | | 2,925.00 | | 4,550.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 84,269.40 | 127,813.93 | 158,640.33 | 144,641.59 | 88,856.27 | 0.00 | 591,257.06 |
| 22. NET CASH FLOW | 1,897.62 | -16,619.18 | 41,496.65 | -83,801.23 | -13,001.14 | 0.00 | -57,062.82 |
| 23. CASH - END OF MONTH (MOR-2) | $14,842.12 | ($1,777.06) | $39,719.59 | ($44,081.64) | ($57,082.78) | ($57,082.78) | ($44,118.32) |

\* Applies to Individual debtors only

MOR-7 - MTC

\*\*Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

## CASH ACCOUNT RECONCILIATION
## MONTH OF                               Novmeber

| BANK NAME | Frost Bank | Frost Bank-EB | Frost Bank | Frost Bank | Regions Bank-EB | Regions Bank-EB | # | | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 58-3837181 | #60-8915512 | # 58-3837297 | # 60-8915520-Payroll | #0164402789 | #0164402835 | | | |
| BANK NAME | Steuben Trust Company | Steuben Trust Company | | Steuben Trust Company | | Payroll | | | |
| ACCOUNT NUMBER | # 1350560 | # 1350561 | | # 1402858 | | | | | |
| BANK NAME | WestAmerica Bank | WestAmerica Bank | | WestAmerica Bank | | | | | |
| ACCOUNT NUMBER | # 404-19183-5 | # 404-19183-6 | | # 404-18462-5 | | | | | |
| ACCOUNT TYPE | OPERATING | OPERATING | PAYROLL | PAYROLL | OPERATING | OPERATING | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 0.00 | 20,309.85 | 0.00 | 16,682.90 | 500.00 | 500.00 | | | $37,992.75 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | 1,544.22 | 0.00 | 15,244.48 | 0.00 | 0.00 | | | $16,788.70 |
| ADJUSTED BANK BALANCE | $0.00 | $18,765.63 | $0.00 | $1,438.42 | $500.00 | $500.00 | $0.00 | $0.00 | $21,204.05 |
| BEGINNING CASH - PER BOOKS | 0.00 | 17,839.93 | 0.00 | 1,438.95 | 0.00 | 0.00 | | | $19,278.88 |
| RECEIPTS* | 0.00 | 437,408.35 | | 0.00 | 0.00 | 0.00 | | | $437,408.35 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | -49,943.30 | 0.00 | 255,416.71 | 500.00 | 500.00 | | | $206,473.41 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 | 0.00 | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0.00 | 386,539.35 | 0.00 | 255,417.24 | 0.00 | 0.00 | | | $641,956.59 |
| ENDING CASH - PER BOOKS | $0.00 | $18,765.63 | $0.00 | $1,438.42 | $500.00 | $500.00 | $0.00 | $0.00 | $21,204.05 |

MOR-8 - EB

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/08

$0.00    $0.00    $0.00    ($0.00)    $0.00    $0.00

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

## CASH ACCOUNT RECONCILIATION
## MONTH OF December

| BANK NAME | Frost Bank | Frost Bank | Frost Bank | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 58-3837181 | # 60-8937532 | # 58-3837297 | # | | |
| BANK NAME | Steuben Trust Company | | Steuben Trust Company | | | |
| ACCOUNT NUMBER | # 1350560 | | # 1402858 | | | |
| BANK NAME | WestAmerica Bank | | WestAmerica Bank | | | |
| ACCOUNT NUMBER | # 404-19183-5 | | # 404-18452-5 | | | |
| ACCOUNT TYPE | OPERATING | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 15,551.75 | 29,345.90 | 12,108.04 | | | $57,005.69 |
| DEPOSITS IN TRANSIT | | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 8,130.53 | 0.00 | 188.87 | | | $8,319.40 |
| ADJUSTED BANK BALANCE | $7,421.22 | $29,345.90 | $11,919.17 | $0.00 | $0.00 | $48,686.29 |
| BEGINNING CASH - PER BOOKS | $13,503.24 | $161,813.65 | $11,924.09 | | | $187,240.98 |
| RECEIPTS* | $0.00 | $172,186.53 | $0.00 | | | $172,186.53 |
| TRANSFERS BETWEEN ACCOUNTS | $29,280.00 | ($252,015.77) | $49,958.18 | | | ($172,777.59) |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | $35,361.95 | $52,638.51 | $49,963.10 | | | $137,963.56 |
| ENDING CASH - PER BOOKS | $7,421.29 | $29,345.90 | $11,919.17 | $0.00 | $0.00 | $48,686.36 |

**MOR-8 - TTW**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

| ($0.07) | $0.00 | $0.00 | $0.00 | $0.00 |

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

## CASH ACCOUNT RECONCILIATION
## MONTH OF  December

| BANK NAME | Frost Bank | Frost Bank | Frost Bank | | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 58-3837181 | # 60-8937540 | # 58-3837297 | # | | |
| BANK NAME | Steuben Trust Company | | Steuben Trust Company | | | |
| ACCOUNT NUMBER | # 1350560 | | # 1402858 | | | |
| BANK NAME | WestAmerica Bank | | WestAmerica Bank | | | |
| ACCOUNT NUMBER | # 404-19183-5 | | # 404-18452-5 | | | |
| ACCOUNT TYPE | OPERATING | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 9,717.74 | 33,179.83 | 9,972.64 | | | $52,870.21 |
| DEPOSITS IN TRANSIT | | | | | | $0.00 |
| OUTSTANDING CHECKS | 17,462.37 | 40.23 | | | | $17,502.60 |
| ADJUSTED BANK BALANCE | ($7,744.63) | $33,139.60 | $9,972.64 | $0.00 | $0.00 | $35,367.61 |
| BEGINNING CASH - PER BOOKS | $5,447.49 | $62,427.12 | $9,972.64 | | | $77,847.25 |
| RECEIPTS* | $0.00 | $75,855.13 | $0.00 | | | $75,855.13 |
| TRANSFERS BETWEEN ACCOUNTS | $7,235.00 | ($77,976.45) | $41,262.95 | | | ($29,478.50) |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | $20,427.12 | $27,166.20 | $41,262.95 | | | $88,856.27 |
| ENDING CASH - PER BOOKS | ($7,744.63) | $33,139.60 | $9,972.64 | $0.00 | $0.00 | $35,367.61 |

**MOR-8 - MTC**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

$0.00    $0.00    $0.00    $0.00    $0.00

CASH ACCOUNT RECONCILIATION
MONTH OF                December

| BANK NAME | Frost Bank | Frost Bank -EB | Frost Bank | Frost Bank | Regions Bank-EB | Regions Bank-EB | | | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | # 58-3837181 | #60-8915512 | # 58-3837297 | # 60-8915520 | #0164402789 | #0164402835 | | | |
| BANK NAME | Steuben Trust Company | Steuben Trust Company | Steuben Trust Company | | | Payroll | | | |
| ACCOUNT NUMBER | # 1350560 | # 1350561 | # 1402858 | | | | | | |
| BANK NAME | WestAmerica Bank | West America | WestAmerica Bank | | | | | | |
| ACCOUNT NUMBER | # 404-19183-5 | # 404-19183-6 | # 404-18452-5 | | | | | | |
| ACCOUNT TYPE | OPERATING | OPERATING | PAYROLL | PAYROLL | OPERATING | OPERATING | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 25,269.49 | 82,835.58 | 22,080.68 | 16,682.90 | 500.00 | 500.00 | | | $147,868.65 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | $0.00 |
| OUTSTANDING CHECKS | 25,592.90 | 1,584.45 | 188.87 | 15,244.48 | 0.00 | 0.00 | | | $42,610.70 |
| ADJUSTED BANK BALANCE | ($323.41) | 81,251.13 | 21,891.81 | 1,438.42 | 500.00 | 500.00 | $0.00 | $0.00 | $105,257.95 |
| BEGINNING CASH - PER BOOKS | 18,950.73 | 242,080.70 | 21,896.73 | 1,438.95 | 0.00 | 0.00 | | | $284,367.11 |
| RECEIPTS* | 0.00 | 685,450.01 | 0.00 | 0.00 | 0.00 | 0.00 | | | $685,450.01 |
| TRANSFERS BETWEEN ACCOUNTS | 36,515.00 | -379,935.52 | 91,221.13 | 255,416.71 | 500.00 | 500.00 | | | $4,217.32 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 55,789.07 | 466,344.06 | 91,226.05 | 255,417.24 | 0.00 | 0.00 | | | $868,776.42 |
| ENDING CASH - PER BOOKS | ($323.34) | $81,251.13 | $21,891.81 | $1,438.42 | $500.00 | $500.00 | $0.00 | $0.00 | $105,258.02 |

**MOR-8 Consolidated**   *Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: Elgin Butler Company
CASE NUMBER: 14-11180-tmd

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH |
|---|---|---|---|---|---|---|
| 1. Matthew Galvez 95% owner | 17,709.00 | 17,709.00 | 17,709.00 | 17,709.00 | 17,709.00 | |
| 2. Chesapeake Group 5% owner | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $17,709.00 | $17,709.00 | $17,709.00 | $17,709.00 | $17,709.00 | $0.00 |

| PROFESSIONALS | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH |
|---|---|---|---|---|---|---|
| 1. Atchley & Associates - Accountants | 0.00 | 8,000.00 | 0.00 | 0.00 | 0.00 | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*