**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 19, 2016.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ELGIN-BUTLER COMPANY, | § | CASE NO. 14-11180-TMD |
| TRIKEENAN TILEWORKS, INC. | § | |
| OF NEW YORK, | § | CASE NO. 14-11181-TMD |
| AND MCINTYRE TILE COMPANY, INC., | § | CASE NO. 14-11182-TMD |
| | § | Chapter 11 |
| | § | |
| | § | Jointly Administered Under |
| | § | CASE NO. 14-11180-TMD |

**AGREED ORDER REGARDING U.S. TRUSTEE'S MOTION TO CONVERT CASE**

Came on for consideration the U.S. Trustee's Motion to Convert This Case to a Chapter 7. As acknowledged by the signatures below, the U.S. Trustee and the Reorganized Debtor have reached an agreement on this matter as embodied in this Order. It is, therefore,

ORDERED that the Reorganized Debtor shall file its December 2014 MOR and First Quarter 2015 Post-Confirmation Report on or before January 20, 2016, and shall file the remainder of the quarterly reports due for 2015 on or before January 29, 2016, and shall timely file all required reports thereafter. The Reorganized Debtor will pay Third and Fourth Quarter

2015 quarterly fees within ten (10) days after the notice of the amount of such fees has been provided to the Debtor, and will timely pay fees in the future.

This Order is without prejudice to the U.S. Trustee's right to seek appropriate relief if the Reorganized Debtor does not timely file such reports or pay such fees.

###

AGREED AND ENTRY REQUESTED BY:

TAUBE SUMMERS HARRISON TAYLOR
　MEINZER BROWN LLP


By: */s/ Mark C. Taylor*
　　　Mark C. Taylor
　　　State Bar No. 19713225
　　　100 Congress Ave., Suite 1800
　　　Austin, Texas 78701
　　　Telephone:  512/472-5997
　　　Telecopier:  512/472-5248
　　　mtaylor@taubesummers.com

COUNSEL FOR REORGANIZED DEBTOR


JUDY A. ROBBINS
UNITED STATES TRUSTEE REGION 7


By: */s/ Valerie L. Wenger*
　　　Henry G. Hobbs, Jr.
　　　Assistant U.S. Trustee
　　　State Bar No. 0790116
　　　Valerie L. Wenger
　　　Trial Attorney
　　　State Bar No. 21176300
　　　903 San Jacinto Blvd., Room 230
　　　Austin, Texas 78701
　　　Telephone:  512/916-5328
　　　Telecopier:  512/916-5331
　　　Valerie.l.wenger@usdoj.gov