UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
AUSTIN DIVISION

IN RE: §
Elgin Butler Company § CASE NO. 14-11180-tmd
§ CHAPTER 11
§
DEBTOR §

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING MARCH 2015

1. [✓] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS***:

   A. Disbursements made under the plan (itemize on page 3)     $ 177,527.98
   B. Disbursements not under the plan     $ 2,620,502.15
       Total Disbursements     $ 2,798,030.13

   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?    [✓] Yes [ ] No
4. Are Plan payments being made as required under the Plan?    [ ] Yes [X] No
5. If "No", what Plan payments have not been made and why?
   Please explain: Class 4, confusion on what was required to pay, resolved in Qtr 2
   Class 1, Class 6 and Class 8, unsecured not paid according to plan due to cash flow issues.

6. If plan payments have not yet begun, when will the first plan payment be made? April, 2015 (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 12/22/2014 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   We have not made all unsecured creditor payments according to the plan.

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**
    A. If this is a final report, has an application for Final Decree been submitted*?
       [ ] Yes Date application was submitted _____
       [X] No Date when application will be submitted TBD
       *(if required by Local Rule)
    B. Estimated Date of Final Payment Under Plan TBD

    INITIALS _____
    DATE _____
    UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: /s/ Tina Raiford     DATE: 1/18/2016
Tina Raiford
(PRINT NAME)

IN RE: Elgin Butler Company  CASE NO. 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 102,606.13 | |
| RECEIPTS | 3,126,781.50 | |
| DISBURSEMENTS | | |
| NET PAYROLL | 788,949.85 | |
| PAYROLL TAXES PAID | 320,458.41 | |
| SECURED/RENTAL/LEASES | 130,795.29 | |
| UTILITIES | 243,372.74 | |
| INSURANCE | 113,973.59 | |
| INVENTORY PURCHASES | 693,998.34 | |
| VEHICLE EXPENSES | 0.00 | |
| TRAVEL & ENTERTAINMENT | 70,281.98 | |
| REPAIRS, MAINTENANCE & SUPPLIES | 87,831.38 | |
| ADMINISTRATIVE & SELLING | 170,840.57 | |
| OTHER (attach list) | 0.00 | |
| PLAN PAYMENTS (page 1 and page 3) | 177,527.98 | 0.00 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 2,798,030.13 | 0.00 |
| NET CASH FLOW | 328,751.37 | 0.00 |
| CASH-END OF QUARTER | 431,357.50 | 0.00 |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
## QUARTER ENDING MARCH

| | Month/Year January, 2015 | Month/Year February, 2015 | Month/Year March, 2015 | Total |
|---|---|---|---|---|
| Bank Balance | 272,579.80 | 164,807.10 | 519,229.71 | 272,579.80 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | 184,608.42 | 53,835.25 | 87,872.31 | 326,315.98 |
| Adjusted Balance | 87,971.38 | 110,971.85 | 431,357.40 | (53,736.18) |
| Beginning Cash-Per Books | 102,606.13 | 87,971.28 | 110,971.85 | 102,606.13 |
| Receipts | 1,055,500.00 | 856,000.00 | 1,215,281.50 | 3,126,781.50 |
| Transfers Between Accounts | (41,620.70) | (2,553.14) | (44,823.21) | -88,997.05 |
| Checks/Other Disbursements | 1,028,514.05 | 830,446.29 | 850,072.74 | 2,709,033.08 |
| Ending Cash-Per Books | 87,971.38 | 110,971.85 | 431,357.40 | 431,357.50 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year January, 2015 | Month/Year February, 2015 | Month/Year March, 2015 | Total |
|---|---|---|---|---|
| Beginning Cash | 102,606.13 | 87,971.38 | 110,971.85 | |
| Total Receipts | 1,055,500.00 | 856,000.00 | 1,215,281.50 | 3,126,781.50 |
| Total Disbursements | 1,070,134.75 | 832,999.43 | 894,895.95 | 2,798,030.13 |
| Ending Cash | 87,971.38 | 110,971.95 | 431,357.40 | |

2

IN RE: Elgin Butler Company

DEBTOR

CASE NO. 14-11180-tmd

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Frost Bank | 2 | 6/30/2015 | 12,500.00 | |
| Ridgestone Bank | 3 | 4/10/2015 | 112,985.30 | |
| Steuben Trust | 5 | 4/8/2015 | 42,884.07 | |
| Atchley & Associates | 6 | 4/15/2015 | 7,000.00 | |
| NMHG | 7 | 4/10/2015 | 755.25 | |
| Great American Leasing | 7 | 4/10/2015 | 1,403.36 | |
| TOTAL PLAN PAYMENTS: (report on page 1 and page 2) | | | 177,527.98 | 0.00 |