UNITED STATES BANKRUPTCY COURT

SOUTHERN AND WESTERN DISTRICTS OF TEXAS

AUSTIN DIVISION

IN RE: §
Elgin Butler Company § CASE NO. 14-11180-tmd
§ CHAPTER 11
§
DEBTOR §

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING JUNE 2015

1. [✓] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS\*:**

   A. Disbursements made under the plan (itemize on page 3)     $ 219,585.50

   B. Disbursements not under the plan     $ 2,462,186.88

       Total Disbursements     $ 2,681,772.38

   \*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?    [✓] Yes [ ] No

4. Are Plan payments being made as required under the Plan?    [ ] Yes [X] No

5. If "No", what Plan payments have not been made and why?

   Please explain: All unsecured creditors have not been paid per the plan due to cash flow issues, all secured creditors have been paid according to the plan.

6. If plan payments have not yet begun, when will the first plan payment be made? May, 2015 (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 12/22/2014 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   We have not made all unsecured creditor payments according to the plan.

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**

    A. If this is a final report, has an application for Final Decree been submitted\*?

        [ ] Yes Date application was submitted _____

        [X] No Date when application will be submitted TBD

    \*(if required by Local Rule)

    B. Estimated Date of Final Payment Under Plan TBD

    INITIALS _____
    DATE _____
    UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: *Tina Raiford*     DATE: 1/22/2016

Tina Raiford
(PRINT NAME)

IN RE: Elgin Butler Company    CASE NO. 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 431,357.40 | |
| RECEIPTS | 2,357,700.00 | 5,484,481.50 |
| DISBURSEMENTS | | |
| NET PAYROLL | 830,438.57 | 1,619,388.42 |
| PAYROLL TAXES PAID | 302,516.53 | 622,974.94 |
| SECURED/RENTAL/LEASES | 89,700.90 | 220,496.19 |
| UTILITIES | 275,111.85 | 518,484.59 |
| INSURANCE | 52,419.31 | 166,392.90 |
| INVENTORY PURCHASES | 604,733.14 | 1,298,731.48 |
| VEHICLE EXPENSES | 0.00 | |
| TRAVEL & ENTERTAINMENT | 64,309.62 | 134,591.60 |
| REPAIRS, MAINTENANCE & SUPPLIES | 87,221.27 | 175,052.65 |
| ADMINISTRATIVE & SELLING | 155,735.69 | 326,576.26 |
| OTHER (attach list) | 0.00 | |
| PLAN PAYMENTS (page 1 and page 3) | 219,585.50 | 397,113.48 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 2,681,772.38 | 5,479,802.51 |
| NET CASH FLOW | (324,072.38) | 4,678.99 |
| CASH-END OF QUARTER | 107,285.02 | 4,678.99 |

CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
QUARTER ENDING JUNE

| | Month/Year April 2015 | Month/Year May 2015 | Month/Year June 2015 | Total |
|---|---|---|---|---|
| Bank Balance | 220,892.67 | 277,729.34 | 171,358.26 | 220,892.67 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | 60,741.69 | 169,147.72 | 63,634.32 | 293,523.73 |
| Adjusted Balance | 160,150.98 | 108,581.62 | 107,723.94 | (72,631.06) |
| Beginning Cash-Per Books | 431,357.42 | 199,279.96 | 108,142.71 | 431,357.42 |
| Receipts | 662,000.00 | 977,000.00 | 718,700.00 | 2,357,700.00 |
| Transfers Between Accounts | (15,178.02) | (43,202.67) | 0.00 | -58,380.69 |
| Checks/Other Disbursements | 878,899.44 | 1,024,934.58 | 719,557.69 | 2,623,391.71 |
| Ending Cash-Per Books | 199,279.96 | 108,142.71 | 107,285.02 | 107,285.02 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year April 2015 | Month/Year May 2015 | Month/Year June 2015 | Total |
|---|---|---|---|---|
| Beginning Cash | 431,357.42 | 199,279.96 | 108,142.71 | |
| Total Receipts | 662,000.00 | 977,000.00 | 718,700.00 | 2,357,700.00 |
| Total Disbursements | 894,077.46 | 1,068,137.25 | 719,557.69 | 2,681,772.40 |
| Ending Cash | 199,279.96 | 108,142.71 | 107,285.02 | |

IN RE:

Elgin Butler Company

§
§
§ CASE NO. 14-11180-tmd
§
§

**DEBTOR**

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Tax Claims - see attached detail | 1 | 7/15/15 | 2,860.05 | 2,860.05 |
| Frost Bank - see attached detail | 2 | 9/30/15 | 6,250.00 | 18,750.00 |
| Ridgestone Bank - see attached detail | 3 | 7/10/15 | 112,502.70 | 225,488.00 |
| NYBDC - see attached detail | 4 | 7/10/15 | 5,380.00 | 5,380.00 |
| Steuben Bank - see attached detail | 5 | 7/8/15 | 35,088.21 | 77,972.28 |
| General Unsecured - see attached detail | 6 | 7/15/15 | 29,348.64 | 36,348.64 |
| Leases - see attached detail | 7 | 7/10/15 | 755.25 | 2,913.86 |
| Unsecured Convenience Class - see attached | 8 | 7/10/15 | 1,400.65 | 1,400.65 |
| *EB Liquidating - see attached detail* | 9 | 5/10/16 | 26,000.00 | 26,000.00 |
| **TOTAL PLAN PAYMENTS:** (report on page 1 and page 2) | | | 219,585.50 | 397,113.48 |

# DETAIL OF PLAN PAYMENTS - 2ND QUARTER, 2015

| Document Number | Vendor Name | Document Date | Document Amount | Posting Date | Month | Company | Class |
|---|---|---|---|---|---|---|---|
| 60817 | BASTROP COUNTY | 5/29/2015 | $36.93 | 5/29/2015 | May | EB | 1 |
| 60623 | BASTROP COUNTY | 5/1/2015 | $2,000.00 | 5/1/2015 | May | EB | 1 |
| 11481 | Sonoma County Tax Collector | 5/29/2015 | $119.72 | 5/29/2015 | May | MTC | 1 |
| 7275 | City of Hornell Industrial Development Co | 5/29/2015 | $703.40 | 5/29/2015 | May | TTW | 1 |
| | **Total Class 1** | | **$2,860.05** | | | | |
| PYMT102175 | FROST BANK | 6/30/2015 | $6,250.00 | 6/30/2015 | June | EB | 2 |
| | **Total Class 2** | | **$6,250.00** | | | | |
| PYMT101556 | RIDGESTONE BANK | 4/10/2015 | $31,318.91 | 4/10/2015 | Apr | EB | 3 |
| PYMT101557 | RIDGESTONE BANK | 4/10/2015 | $6,181.99 | 4/10/2015 | Apr | EB | 3 |
| PYMT101753 | RIDGESTONE BANK | 5/8/2015 | $31,318.91 | 5/8/2015 | May | EB | 3 |
| PYMT101754 | RIDGESTONE BANK | 5/8/2015 | $6,181.99 | 5/8/2015 | May | EB | 3 |
| PYMT102124 | RIDGESTONE BANK | 6/10/2015 | $31,318.91 | 6/10/2015 | June | EB | 3 |
| PYMT102125 | RIDGESTONE BANK | 6/10/2015 | $6,181.99 | 6/10/2015 | June | EB | 3 |
| | **Total Class 3** | | **$112,502.70** | | | | |
| 7160 | NYBDC - EQUIP LOAN | 4/1/2015 | $2,690.00 | 4/1/2015 | Apr | TTW | 4 |
| 7234 | NYBDC - EQUIP LOAN | 5/15/2015 | $2,690.00 | 5/15/2015 | May | TTW | 5 |
| | **Total Class 4** | | **$5,380.00** | | | | |
| 7168 | Steuben Trust Co - RENT 100339046507 | 4/21/2015 | $9,818.24 | 4/21/2015 | Apr | TTW | 5 |
| 7161 | Steuben Trust Company | 4/1/2015 | $3,611.11 | 4/1/2015 | Apr | TTW | 5 |
| 7263 | Steuben Trust Company | 5/29/2015 | $2,022.38 | 5/29/2015 | May | TTW | 5 |
| 7226 | Steuben Trust Co - RENT 100339046507 | 5/6/2015 | $9,818.24 | 5/6/2015 | May | TTW | 5 |
| 7330 | Steuben Trust Co - RENT 100339046507 | 6/11/2015 | $9,818.24 | 6/11/2015 | June | TTW | 5 |
| | **Total Class 5** | | **$35,088.21** | | | | |
| 60706 | ABC PEST CONTROL OF | 5/14/2015 | $97.43 | 5/14/2015 | May | EB | 6 |
| 60743 | ACHS, INC | 5/20/2015 | $184.03 | 5/20/2015 | May | EB | 6 |
| 60804 | ADMIRAL LINEN & UNIFORM | 5/29/2015 | $54.97 | 5/29/2015 | May | EB | 6 |
| 60805 | AFLAC | 5/29/2015 | $43.46 | 5/29/2015 | May | EB | 6 |
| 60744 | AIR GAS SAFETY | 5/20/2015 | $286.13 | 5/20/2015 | May | EB | 6 |
| 60806 | AMERITRANS, INCORPORATED | 5/29/2015 | $181.94 | 5/29/2015 | May | EB | 6 |
| 60807 | AQUA WATER SUPPLY CORP. | 5/29/2015 | $40.80 | 5/29/2015 | May | EB | 6 |
| 60808 | ARCHITECT FORUM | 5/29/2015 | $60.56 | 5/29/2015 | May | EB | 6 |
| 60809 | ARNOLD OIL COMPANY OF | 5/29/2015 | $504.05 | 5/29/2015 | May | EB | 6 |
| 60810 | ASCO | 5/29/2015 | $335.78 | 5/29/2015 | May | EB | 6 |
| 60811 | AT&T | 5/29/2015 | $648.35 | 5/29/2015 | May | EB | 6 |
| 60812 | AT&T | 5/29/2015 | $628.84 | 5/29/2015 | May | MTC | 6 |
| 60861 | AT&T | 5/29/2015 | $48.19 | 5/29/2015 | May | EB | 6 |
| 60862 | AT&T | 5/29/2015 | $23.03 | 5/29/2015 | May | EB | 6 |
| 60814 | AT&T CAPITAL SERVICES, INC. | 5/29/2015 | $41.55 | 5/29/2015 | May | EB | 6 |
| 60813 | ATCHLEY & ASSOCIATES | 5/29/2015 | $557.33 | 5/29/2015 | May | EB | 6 |
| 60815 | AUSTIN ARMATURE WORKS | 5/29/2015 | $40.00 | 5/29/2015 | May | EB | 6 |
| 60816 | AUTOMATIC DATA PROCESSING | 5/29/2015 | $138.49 | 5/29/2015 | May | EB | 6 |
| 60819 | B&L PORTABLE TOILETS | 5/29/2015 | $84.62 | 5/29/2015 | May | EB | 6 |
| 60818 | BETZ ENTEC INC. | 5/29/2015 | $79.97 | 5/29/2015 | May | EB | 6 |
| 60820 | BRIAN O'TOOLE,PC | 5/29/2015 | $431.08 | 5/29/2015 | May | EB | 6 |
| 60821 | BRICK DISTRIBUTORS OF | 5/29/2015 | $429.71 | 5/29/2015 | May | EB | 6 |
| 60822 | BRICK INDUSTRY ASSOCIATION | 5/29/2015 | $132.56 | 5/29/2015 | May | EB | 6 |
| 60823 | CAPITAL PRINTING CO | 5/29/2015 | $44.41 | 5/29/2015 | May | EB | 6 |
| 60825 | CITY OF AUSTIN | 5/29/2015 | $67.15 | 5/29/2015 | May | EB | 6 |
| 60826 | COLUMBUS BEARING & | 5/29/2015 | $95.12 | 5/29/2015 | May | EB | 6 |
| 60827 | CON-WAY FREIGHT | 5/29/2015 | $601.51 | 5/29/2015 | May | EB | 6 |
| 60828 | CSA TRANSPORTATION | 5/29/2015 | $491.11 | 5/29/2015 | May | EB | 6 |
| 60829 | D & F DISTRIBUTING INC | 5/29/2015 | $45.67 | 5/29/2015 | May | EB | 6 |
| 60830 | DIAMOND SPEED PRODUCTS,INC. | 5/29/2015 | $94.64 | 5/29/2015 | May | EB | 6 |

DETAIL OF PLAN PAYMENTS - 2ND QUARTER, 2015

| Document Number | Vendor Name | Document Date | Document Amount | Posting Date | Month | Company | Class |
|---|---|---|---|---|---|---|---|
| 60745 | DOCUMATION | 5/20/2015 | $129.78 | 5/20/2015 | May | EB | 6 |
| 60831 | DOCUMATION OF AUSTIN | 5/29/2015 | $290.37 | 5/29/2015 | May | EB | 6 |
| 60832 | E&R SUPPLY | 5/29/2015 | $72.28 | 5/29/2015 | May | EB | 6 |
| 60833 | ELLIOTT ELECTRIC SUPPLY | 5/29/2015 | $64.97 | 5/29/2015 | May | EB | 6 |
| 60834 | FEDERAL EXPRESS CORP. | 5/29/2015 | $428.03 | 5/29/2015 | May | EB | 6 |
| 60746 | FLOWERS BY LA VERNE | 5/20/2015 | $67.45 | 5/20/2015 | May | EB | 6 |
| 60835 | FM S.R.L. | 5/29/2015 | $58.87 | 5/29/2015 | May | EB | 6 |
| 60836 | FOX SERVICE COMPANY | 5/29/2015 | $18.47 | 5/29/2015 | May | EB | 6 |
| 60837 | GCS TECHNOLOGIES, INC. | 5/29/2015 | $703.43 | 5/29/2015 | May | EB | 6 |
| 60838 | HAGEMEYER NORTH AMERICA | 5/29/2015 | $15.37 | 5/29/2015 | May | EB | 6 |
| 60839 | HILL COUNTRY ELECTRIC SUPPLY | 5/29/2015 | $64.64 | 5/29/2015 | May | EB | 6 |
| 60842 | KENFIELD GOLF CARS | 5/29/2015 | $43.55 | 5/29/2015 | May | EB | 6 |
| 60843 | LINCOLN FINANCIAL GROUP | 5/29/2015 | $86.55 | 5/29/2015 | May | EB | 6 |
| 60844 | LINCOLN NATIONAL LIFE INSURANCE COMP/ | 5/29/2015 | $80.47 | 5/29/2015 | May | EB | 6 |
| 60846 | MCMASTER-CARR SUPPLY CO. | 5/29/2015 | $67.12 | 5/29/2015 | May | EB | 6 |
| 60847 | MOTOR CITY TOOL & DIE | 5/29/2015 | $107.50 | 5/29/2015 | May | EB | 6 |
| 60848 | MSC INDUSTRIAL SUPPLY | 5/29/2015 | $72.18 | 5/29/2015 | May | EB | 6 |
| 60849 | MYRAMID ANALYTICAL INC | 5/29/2015 | $1,198.00 | 5/29/2015 | May | EB | 6 |
| 60748 | NRG LASER INC | 5/20/2015 | $191.23 | 5/20/2015 | May | EB | 6 |
| 60851 | OFFICE DEPOT | 5/29/2015 | $77.15 | 5/29/2015 | May | EB | 6 |
| 60852 | O'REILLY'S AUTO PARTS | 5/29/2015 | $32.37 | 5/29/2015 | May | EB | 6 |
| 60853 | ORKIN EXTERMINATION CO. | 5/29/2015 | $16.48 | 5/29/2015 | May | EB | 6 |
| 60749 | PARKER LUMBER | 5/20/2015 | $64.93 | 5/20/2015 | May | EB | 6 |
| 60750 | PITNEY BOWES | 5/20/2015 | $61.98 | 5/20/2015 | May | EB | 6 |
| 60751 | PITNEY BOWES CREDIT CORP. | 5/20/2015 | $61.60 | 5/20/2015 | May | EB | 6 |
| 60855 | PMI Steel Pipe | 5/29/2015 | $206.43 | 5/29/2015 | May | EB | 6 |
| 60856 | POWELLS PRINTERY | 5/29/2015 | $12.39 | 5/29/2015 | May | EB | 6 |
| 60747 | PPG Architectural Finishes | 5/20/2015 | $38.04 | 5/20/2015 | May | EB | 6 |
| 60857 | PURCHASE POWER | 5/29/2015 | $52.27 | 5/29/2015 | May | EB | 6 |
| 60854 | Ready Refresh/Ozarka Springs | 5/29/2015 | $42.27 | 5/29/2015 | May | EB | 6 |
| 60858 | ROMCO EQUIPMENT COMPANY | 5/29/2015 | $1,995.79 | 5/29/2015 | May | EB | 6 |
| 60859 | SAIA MOTOR INC. | 5/29/2015 | $140.22 | 5/29/2015 | May | EB | 6 |
| 60752 | SAMMY LERMA III, M.D.P.A. | 5/20/2015 | $90.00 | 5/20/2015 | May | EB | 6 |
| 60753 | SAN ANTONIO ARMATURE WORKS | 5/20/2015 | $159.67 | 5/20/2015 | May | EB | 6 |
| 60860 | SIGNODE INDUSTRY | 5/29/2015 | $264.46 | 5/29/2015 | May | EB | 6 |
| 60754 | SOUTHEASTERN FREIGHT LINES | 5/20/2015 | $69.51 | 5/20/2015 | May | EB | 6 |
| 60863 | SOUTHERN STATES BUILDING INC | 5/29/2015 | $45.22 | 5/29/2015 | May | EB | 6 |
| 60755 | SOUTHSIDE MARKET | 5/20/2015 | $65.60 | 5/20/2015 | May | EB | 6 |
| 60868 | T K GROUP, INC. | 5/29/2015 | $137.78 | 5/29/2015 | May | EB | 6 |
| 60864 | TEXAS ALTERNATOR | 5/29/2015 | $15.54 | 5/29/2015 | May | EB | 6 |
| 60757 | TEXAS GAS SERVICE | 5/20/2015 | $68.52 | 5/20/2015 | May | EB | 6 |
| 60865 | TEXAS LIFE INSURANCE | 5/29/2015 | $25.06 | 5/29/2015 | May | EB | 6 |
| 60867 | TEXAS MASONRY COUNCIL | 5/29/2015 | $50.00 | 5/29/2015 | May | EB | 6 |
| 60866 | TEXAS WELDING SUPPLY | 5/29/2015 | $148.63 | 5/29/2015 | May | EB | 6 |
| 60841 | THE JAKE GROUP | 5/29/2015 | $349.19 | 5/29/2015 | May | EB | 6 |
| 60850 | THE NATIONAL BRICK RESEARCH | 5/29/2015 | $98.22 | 5/29/2015 | May | EB | 6 |
| 60869 | TOWNLEY LUMBER | 5/29/2015 | $445.36 | 5/29/2015 | May | EB | 6 |
| 60870 | TRINITY CERAMIC SUPPLY | 5/29/2015 | $832.10 | 5/29/2015 | May | EB | 6 |
| 60758 | TRUE VALUE | 5/20/2015 | $39.36 | 5/20/2015 | May | EB | 6 |
| 60871 | ULINE | 5/29/2015 | $267.30 | 5/29/2015 | May | EB | 6 |
| 60873 | W.W. GRAINGER INC. | 5/29/2015 | $301.82 | 5/29/2015 | May | EB | 6 |
| 60872 | WILLIS OF TEXAS, INC. | 5/29/2015 | $1,043.86 | 5/29/2015 | May | EB | 6 |
| 60759 | WILLOW CREEK POTTERY | 5/20/2015 | $472.00 | 5/20/2015 | May | EB | 6 |
| 60760 | YVON JANITORIAL | 5/20/2015 | $92.12 | 5/20/2015 | May | EB | 6 |
| 11458 | ACCESS AMERICA | 5/29/2015 | $21.39 | 5/29/2015 | May | MTC | 6 |
| 11459 | Alhambra | 5/29/2015 | $11.39 | 5/29/2015 | May | MTC | 6 |
| 11460 | Amerigas | 5/29/2015 | $47.52 | 5/29/2015 | May | MTC | 6 |
| 11450 | Assembly Subcontracting | 5/20/2015 | $80.06 | 5/20/2015 | May | MTC | 6 |
| 11461 | AT&T - Advertising Solutions | 5/29/2015 | $9.31 | 5/29/2015 | May | MTC | 6 |
| 11462 | AT&T - Alarms | 5/29/2015 | $7.05 | 5/29/2015 | May | MTC | 6 |
| 11463 | AT&T - Main | 5/29/2015 | $15.19 | 5/29/2015 | May | MTC | 6 |
| 11464 | City of Healdsburg | 5/29/2015 | $91.69 | 5/29/2015 | May | MTC | 6 |
| 11451 | ClayPeople | 5/20/2015 | $128.08 | 5/20/2015 | May | MTC | 6 |

## DETAIL OF PLAN PAYMENTS - 2ND QUARTER, 2015

| Document Number | Vendor Name | Document Date | Document Amount | Posting Date | Month | Company | Class |
|---|---|---|---|---|---|---|---|
| 11465 | Coyote | 5/29/2015 | $337.54 | 5/29/2015 | May | MTC | 6 |
| 11466 | Cutter Lumber Products | 5/29/2015 | $44.91 | 5/29/2015 | May | MTC | 6 |
| 11467 | Echo Global Logistics | 5/29/2015 | $70.85 | 5/29/2015 | May | MTC | 6 |
| 11468 | FedEx Corp | 5/29/2015 | $27.31 | 5/29/2015 | May | MTC | 6 |
| 11469 | Garrett Hardware | 5/29/2015 | $69.87 | 5/29/2015 | May | MTC | 6 |
| 11470 | Grainger | 5/29/2015 | $27.08 | 5/29/2015 | May | MTC | 6 |
| 11452 | Healdsburg Auto Parts | 5/20/2015 | $40.67 | 5/20/2015 | May | MTC | 6 |
| 11471 | Healdsburg District Hospital | 5/29/2015 | $13.00 | 5/29/2015 | May | MTC | 6 |
| 11472 | Healdsburg Lumber | 5/29/2015 | $7.85 | 5/29/2015 | May | MTC | 6 |
| 11473 | Healdsburg Signs, Inc. | 5/29/2015 | $32.50 | 5/29/2015 | May | MTC | 6 |
| 11474 | Maggies McFly's 5, Inc | 5/29/2015 | $444.44 | 5/29/2015 | May | MTC | 6 |
| 11475 | McMaster-Carr | 5/29/2015 | $20.49 | 5/29/2015 | May | MTC | 6 |
| 11476 | Molds West | 5/29/2015 | $30.14 | 5/29/2015 | May | MTC | 6 |
| 11478 | Pacific Gas and Electric | 5/29/2015 | $406.22 | 5/29/2015 | May | MTC | 6 |
| 11479 | Purchase Power | 5/29/2015 | $5.80 | 5/29/2015 | May | MTC | 6 |
| 11477 | The Office Spot | 5/29/2015 | $22.23 | 5/29/2015 | May | MTC | 6 |
| 11453 | U.S. Plastic Corp. | 5/20/2015 | $73.63 | 5/20/2015 | May | MTC | 6 |
| 11482 | Uline | 5/29/2015 | $320.49 | 5/29/2015 | May | MTC | 6 |
| 11483 | Zee Medical Company | 5/29/2015 | $14.54 | 5/29/2015 | May | TTW | 6 |
| 7267 | Access America | 5/29/2015 | $24.72 | 5/29/2015 | May | TTW | 6 |
| 7266 | Airgas USA, LLC | 5/29/2015 | $12.75 | 5/29/2015 | May | TTW | 6 |
| 7268 | ALERT PROTECTIVE SYSTEMS INC. | 5/29/2015 | $35.71 | 5/29/2015 | May | TTW | 6 |
| 7269 | Argentieri Brothers, Inc. | 5/29/2015 | $65.03 | 5/29/2015 | May | TTW | 6 |
| 7270 | Atkins Law Offices, P.C. | 5/29/2015 | $13.31 | 5/29/2015 | May | TTW | 6 |
| 7271 | Casella Waste Services 49 | 5/29/2015 | $7.31 | 5/29/2015 | May | TTW | 6 |
| 7272 | Casey's Plumbing & Heating | 5/29/2015 | $17.55 | 5/29/2015 | May | TTW | 6 |
| 7245 | CED Electric Inc. | 5/21/2015 | $35.27 | 5/21/2015 | May | TTW | 6 |
| 7274 | City of Hornell | 5/29/2015 | $492.37 | 5/29/2015 | May | TTW | 6 |
| 7273 | Clayscapes Pottery, Inc. | 5/29/2015 | $47.61 | 5/29/2015 | May | TTW | 6 |
| 7277 | Con-way Freight Inc. | 5/29/2015 | $25.14 | 5/29/2015 | May | TTW | 6 |
| 7278 | Con-way Freight Inc. | 5/29/2015 | $73.70 | 5/29/2015 | May | TTW | 6 |
| 7279 | COYOTE | 5/29/2015 | $275.73 | 5/29/2015 | May | TTW | 6 |
| 7280 | Echo Global Logistics Inc. | 5/29/2015 | $175.00 | 5/29/2015 | May | TTW | 6 |
| 7246 | EMI Specialty Papers | 5/21/2015 | $98.80 | 5/21/2015 | May | TTW | 6 |
| 7282 | Fed Ex | 5/29/2015 | $271.52 | 5/29/2015 | May | TTW | 6 |
| 7242 | FEDEX | 5/20/2015 | $79.10 | 5/20/2015 | May | TTW | 6 |
| 7247 | FedEx Freight | 5/21/2015 | $26.15 | 5/21/2015 | May | TTW | 6 |
| 7281 | FedEx Freight | 5/29/2015 | $344.09 | 5/29/2015 | May | TTW | 6 |
| 7284 | Guthrie Clinic Ltd. | 5/29/2015 | $36.67 | 5/29/2015 | May | TTW | 6 |
| 7285 | HORNELL AREA CHAMBER OF COMMERCE | 5/29/2015 | $19.44 | 5/29/2015 | May | TTW | 6 |
| 7286 | Jardam LLC | 5/29/2015 | $291.67 | 5/29/2015 | May | TTW | 6 |
| 7287 | Jeffery Miller | 5/29/2015 | $43.56 | 5/29/2015 | May | TTW | 6 |
| 7276 | Mascoma Savings Bank | 5/29/2015 | $48.64 | 5/29/2015 | May | TTW | 6 |
| 7288 | MONMOUTH | 5/29/2015 | $25.09 | 5/29/2015 | May | TTW | 6 |
| 7289 | NMHG Financial Services | 5/29/2015 | $14.63 | 5/29/2015 | May | TTW | 6 |
| 7290 | NYBDC - EQUIP LOAN | 5/29/2015 | $1,083.22 | 5/29/2015 | May | TTW | 6 |
| 7291 | OFFICE DEPOT, INC | 5/29/2015 | $5.27 | 5/29/2015 | May | TTW | 6 |
| 7248 | One Communications | 5/21/2015 | $47.22 | 5/21/2015 | May | TTW | 6 |
| 7292 | Optimation Technology Inc. | 5/29/2015 | $583.69 | 5/29/2015 | May | TTW | 6 |
| 7293 | Orton Ceramics | 5/29/2015 | $10.23 | 5/29/2015 | May | TTW | 6 |
| 7249 | Pacific Packaging Products, Inc. | 5/21/2015 | $31.03 | 5/21/2015 | May | TTW | 6 |
| 7294 | PILOT FREIGHT SERVICES | 5/29/2015 | $546.76 | 5/29/2015 | May | TTW | 6 |
| 7295 | Public Service Co of NH | 5/29/2015 | $38.33 | 5/29/2015 | May | TTW | 6 |
| 7296 | Quill.com | 5/29/2015 | $17.05 | 5/29/2015 | May | TTW | 6 |
| 7297 | Ram Products, Inc | 5/29/2015 | $177.16 | 5/29/2015 | May | TTW | 6 |
| 7298 | REDEC | 5/29/2015 | $955.56 | 5/29/2015 | May | TTW | 6 |
| 7299 | Richard Hill (1) | 5/29/2015 | $43.56 | 5/29/2015 | May | TTW | 6 |
| 7300 | Rymes Propane & Oils | 5/29/2015 | $12.12 | 5/29/2015 | May | TTW | 6 |
| 7301 | Sacmi USA Croup | 5/29/2015 | $9.61 | 5/29/2015 | May | TTW | 6 |
| 7302 | SELECT THIN BRICK | 5/29/2015 | $65.30 | 5/29/2015 | May | TTW | 6 |
| 7303 | Statewide Zone Capital Corp. | 5/29/2015 | $1,164.62 | 5/29/2015 | May | TTW | 6 |
| 7304 | Steuben Trust Company | 5/29/2015 | $157.20 | 5/29/2015 | May | TTW | 6 |
| 7306 | Swackhamer's Greenhouse | 5/29/2015 | $63.21 | 5/29/2015 | May | TTW | 6 |

DETAIL OF PLAN PAYMENTS - 2ND QUARTER, 2015

| Document Number | Vendor Name | Document Date | Document Amount | Posting Date | Month | Company | Class |
|---|---|---|---|---|---|---|---|
| 7243 | THE STATE INSURANCE FUND | 5/20/2015 | $83.26 | 5/20/2015 | May | TTW | 6 |
| 7307 | Thomas Allen (1) | 5/29/2015 | $43.56 | 5/29/2015 | May | TTW | 6 |
| 7244 | TINKERTOWN, INC. | 5/20/2015 | $60.00 | 5/20/2015 | May | TTW | 6 |
| 7308 | ULINE | 5/29/2015 | $17.35 | 5/29/2015 | May | TTW | 6 |
| 7309 | ULINE | 5/29/2015 | $205.24 | 5/29/2015 | May | TTW | 6 |
| 7310 | UPS | 5/29/2015 | $19.05 | 5/29/2015 | May | TTW | 6 |
| 7311 | Verizon | 5/29/2015 | $7.35 | 5/29/2015 | May | TTW | 6 |
| 7314 | ViaTech Industries Co | 5/29/2015 | $10.03 | 5/29/2015 | May | TTW | 6 |
| 7283 | W.W. GRAINGER | 5/29/2015 | $21.97 | 5/29/2015 | May | TTW | 6 |
| 7312 | YRC | 5/29/2015 | $665.85 | 5/29/2015 | May | TTW | 6 |
| 7313 | YRC | 5/29/2015 | $26.06 | 5/29/2015 | May | TTW | 6 |
| | **Total Class 6** | | **$29,348.64** | | | | |
| 7177 | NMHG Financial Services | 4/23/2015 | $251.75 | 4/23/2015 | Apr | TTW | 7 |
| 7222 | NMHG Financial Services | 5/6/2015 | $251.75 | 5/6/2015 | May | TTW | 7 |
| 7323 | NMHG Financial Services | 6/8/2015 | $251.75 | 6/8/2015 | June | TTW | 7 |
| | **Total Class 7** | | **$755.25** | | | | |
| 60824 | CERAMIC GLAZED MASONRY INSTITU | 5/29/2015 | $500.00 | 5/29/2015 | May | EB | 8 |
| 60845 | MATSON LOGISTICS SERVICES LLC | 5/29/2015 | $740.00 | 5/29/2015 | May | EB | 8 |
| 11480 | Redwood Empire Disposal | 5/29/2015 | $160.65 | 5/29/2015 | May | MTC | 8 |
| | **Total Class 8** | | **$1,400.65** | | | | |
| 60702 | EB LIQUIDATING | 5/13/2015 | $13,000.00 | 5/13/2015 | May | EB | 9 |
| 60929 | EB LIQUIDATING | 6/15/2015 | $13,000.00 | 6/15/2015 | June | EB | 9 |
| | **Total Class 9** | | **$26,000.00** | | | | |
| | **GRAND TOTAL PLAN PAYMENTS** | | **$219,585.50** | | | | |