UNITED STATES BANKRUPTCY COURT

SOUTHERN AND WESTERN DISTRICTS OF TEXAS

AUSTIN DIVISION

IN RE: §
Elgin Butler Company § CASE NO. 14-11180-tmd
§ CHAPTER 11
§
DEBTOR §

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING MARCH 2016

1. [✓] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS**\*:

   A. Disbursements made under the plan (itemize on page 3)  $ 169,664.78
   B. Disbursements not under the plan  $ 2,386,464.99
   Total Disbursements  $ 2,556,129.77

   \*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final? [✓] Yes [ ] No
4. Are Plan payments being made as required under the Plan? [ ] Yes [X] No
5. If "No", what Plan payments have not been made and why?

   Please explain: All unsecured creditors have not been paid per the plan due to cash flow issues, all secured creditors have been paid according to the plan.

6. If plan payments have not yet begun, when will the first plan payment be made? May, 2015 (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 12/22/2014 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   We have not made all unsecured creditor payments according to the plan.

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**
    A. If this is a final report, has an application for Final Decree been submitted*?
       [ ] Yes Date application was submitted _____
       [X] No Date when application will be submitted TBD
       *(if required by Local Rule)
    B. Estimated Date of Final Payment Under Plan TBD

    INITIALS _____
    DATE _____
    UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: *Tina Raiford* DATE: 4/19/2016

Tina Raiford
(PRINT NAME)

IN RE: Elgin Butler Company    CASE NO. 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 58,560.02 | |
| RECEIPTS | 2,643,846.25 | 12,881,388.10 |
| DISBURSEMENTS | | |
| NET PAYROLL | 737,120.28 | 3,812,204.74 |
| PAYROLL TAXES PAID | 301,520.46 | 1,418,954.48 |
| SECURED/RENTAL/LEASES | 120,069.87 | 623,343.53 |
| UTILITIES | 181,611.10 | 1,200,866.31 |
| INSURANCE | 117,121.30 | 459,111.46 |
| INVENTORY PURCHASES | 602,856.18 | 2,983,826.08 |
| VEHICLE EXPENSES | 0.00 | 0.00 |
| TRAVEL & ENTERTAINMENT | 39,097.09 | 272,121.09 |
| REPAIRS, MAINTENANCE & SUPPLIES | 91,341.01 | 365,019.63 |
| ADMINISTRATIVE & SELLING | 195,727.70 | 828,195.84 |
| OTHER (attach list) | | |
| PLAN PAYMENTS (page 1 and page 3) | 169,664.78 | 874,297.35 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 2,556,129.77 | 12,837,940.51 |
| NET CASH FLOW | 87,716.48 | 43,447.59 |
| CASH-END OF QUARTER | 146,276.50 | 43,447.59 |

CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
QUARTER ENDING MARCH

| | Month/Year 01/2016 | Month/Year 02/2016 | Month/Year 03/2016 | Total |
|---|---|---|---|---|
| Bank Balance | 250,803.98 | 300,359.21 | 291,495.22 | 250,803.98 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | 205,035.85 | 246,194.46 | 145,218.72 | 596,449.03 |
| Adjusted Balance | 45,768.13 | 54,164.75 | 146,276.50 | (345,645.05) |
| Beginning Cash-Per Books | 58,560.01 | 45,768.11 | 54,164.73 | 58,560.01 |
| Receipts | 920,000.00 | 821,000.00 | 902,846.25 | 2,643,846.25 |
| Transfers Between Accounts | 40,796.17 | (31,768.52) | (30,489.44) | -21,461.79 |
| Checks/Other Disbursements | 973,588.07 | 780,834.86 | 780,245.05 | 2,534,667.98 |
| Ending Cash-Per Books | 45,768.11 | 54,164.73 | 146,276.49 | 146,276.49 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year 01/2016 | Month/Year 02/2016 | Month/Year 03/2016 | Total |
|---|---|---|---|---|
| Beginning Cash | 58,560.01 | 45,768.11 | 54,164.73 | |
| Total Receipts | 920,000.00 | 821,000.00 | 902,846.25 | 2,643,846.25 |
| Total Disbursements | 932,791.90 | 812,603.38 | 810,734.49 | 2,556,129.77 |
| Ending Cash | 45,768.11 | 54,164.73 | 146,276.49 | |

IN RE: §
Elgin Butler Company §
§ CASE NO. 14-11180-tmd
§
**DEBTOR** §

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Tax Claims-see attached detail | 1 | TBD | 0.00 | 2,680.05 |
| Frost Bank - see attached detail | 2 | 6/30/16 | 6,250.00 | 37,500.00 |
| Ridgestone Bank - see attached detail | 3 | 4/10/2016 | 114,752.57 | 527,748.17 |
| NYBDS - see attached detail | 4 | 4/10/2016 | 8,070.00 | 26,900.00 |
| Steuben Bank - see attached detail | 5 | 4/8/2016 | 29,454.72 | 176,125.94 |
| General Unsecured - see attached detail | 6 | TBD | 10,130.29 | 51,199.86 |
| Leases - see attached detail | 7 | 4/10/2016 | 1,007.20 | 4,676.31 |
| Unsecured Convenience Class-see attached | 8 | TBD | 0.00 | 3,510.94 |
| *EB Liquidating - see attached detail* | 9 | 5/10/2017 | 0.00 | 43,956.08 |
| **TOTAL PLAN PAYMENTS:** (report on page 1 and page 2) | | | 169,664.78 | 874,297.35 |

3

**DETAIL OF PLAN PAYMENTS-1ST QUARTER 2016**

| Document Number | Vendor Name | Document Date | Document Amount | Posting Date | Month | | Company | Class |
|---|---|---|---|---|---|---|---|---|
| PYMT103489 | FROST BANK | 3/30/2016 | $6,250.00 | 3/30/2016 | 12 | Mar | EB | Class 2 |
| | **Total Class 2** | | $6,250.00 | | | | | |
| PYMT103067 | RIDGESTONE BANK | 1/11/2016 | $6,184.29 | 1/11/2016 | 12 | Jan | EB | Class 3 |
| PYMT103068 | RIDGESTONE BANK | 1/11/2016 | $31,318.91 | 1/11/2016 | 12 | Jan | EB | Class 3 |
| PYMT103225 | RIDGESTONE BANK | 2/12/2016 | $31,706.33 | 2/12/2016 | 12 | Feb | EB | Class 3 |
| PYMT103226 | RIDGESTONE BANK | 2/12/2016 | $6,184.29 | 2/12/2016 | 12 | Feb | EB | Class 3 |
| PYMT103444 | RIDGESTONE BANK | 3/18/2016 | $32,865.25 | 3/18/2016 | 12 | Mar | EB | Class 3 |
| PYMT103445 | RIDGESTONE BANK | 3/18/2016 | $6,493.50 | 3/18/2016 | 12 | Mar | EB | Class 3 |
| | **Total Class 3** | | $114,752.57 | | | | | |
| 7534 | NYBDC - EQUIP LOAN | 1/12/2016 | $2,690.00 | 1/12/2016 | 5 | Jan | TTW | Class 4 |
| 7561 | NYBDC - EQUIP LOAN | 1/27/2016 | $2,690.00 | 1/27/2016 | 5 | Jan | TTW | Class 4 |
| 7582 | NYBDC - EQUIP LOAN | 2/24/2016 | $2,690.00 | 2/24/2016 | 5 | Feb | TTW | Class 4 |
| | **Total Class 4** | | $8,070.00 | | | | | |
| 7567 | Steuben Trust Co - RENT 100339046507 | 1/27/2016 | $9,818.24 | 1/27/2016 | 11 | Jan | TTW | Class 5 |
| 7587 | Steuben Trust Co - RENT 100339046507 | 2/24/2016 | $9,818.24 | 2/24/2016 | 5 | Feb | TTW | Class 5 |
| 7598 | Steuben Trust Co - RENT 100339046507 | 3/11/2016 | $9,818.24 | 3/11/2016 | 5 | Mar | TTW | Class 5 |
| | **Total Class 5** | | $29,454.72 | | | | | |
| 61632 | GCS TECHNOLOGIES, INC. | 1/1/2016 | $703.43 | 1/1/2016 | 5 | Jan | EB | Class 6 |
| 61768 | GCS TECHNOLOGIES, INC. | 2/1/2016 | $703.43 | 2/1/2016 | 12 | Feb | EB | Class 6 |
| PYMT103256 | Tannor Partners | 2/24/2016 | $6,500.00 | 2/24/2016 | 12 | Feb | EB | Class 6 |
| 61867 | GCS TECHNOLOGIES, INC. | 3/1/2016 | $703.43 | 3/1/2016 | 12 | Mar | EB | Class 6 |
| PYMT103443 | Tannor Partners | 3/18/2016 | $1,500.00 | 3/18/2016 | 12 | Mar | EB | Class 6 |
| 7596 | Guthrie Clinic Ltd. | 3/7/2016 | $20.00 | 3/7/2016 | 12 | Mar | TTW | Class 6 |
| | **Total Class 6** | | $10,130.29 | | | | | |
| 7533 | NMHG Financial Services | 1/12/2016 | $251.75 | 1/12/2016 | 5 | Jan | TTW | Class 7 |
| 7559 | NMHG Financial Services | 1/27/2016 | $251.95 | 1/27/2016 | 5 | Jan | TTW | Class 7 |
| 7581 | NMHG Financial Services | 2/24/2016 | $251.75 | 2/24/2016 | 5 | Feb | TTW | Class 7 |
| 7603 | HYG Financial Services | 3/11/2016 | $251.75 | 3/11/2016 | 12 | Mar | TTW | Class 7 |
| | **Total Class 7** | | $1,007.20 | | | | | |
| | **GRAND TOTAL PLAN PAYMENTS** | | $169,664.78 | | | | | |