UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
AUSTIN DIVISION

IN RE: Elgin Butler Company

CASE NO. 14-11180-tmd
CHAPTER 11

DEBTOR

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING DECEMBER 2016

1. [✓] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS\***:

   A. Disbursements made under the plan (itemize on page 3)  $ 199,304.69
   B. Disbursements not under the plan  $ 1,978,834.46
   Total Disbursements  $ 2,178,139.15

   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?  [✓] Yes [ ] No
4. Are Plan payments being made as required under the Plan?  [ ] Yes [X] No
5. If "No", what Plan payments have not been made and why?
   Please explain: Unsecured creditors have not been paid per the schedule outlined in the plan due to cash flow issues, however, they have been getting payments as cash allows. All secured creditors have been paid according to the plan.

6. If plan payments have not yet begun, when will the first plan payment be made? May, 2015 (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 12/22/2014 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   Although we have made payments to the unsecured creditors as cash allows, we have been unable to adhere to the plan schedule of payments due to cash flow issues.

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**
    A. If this is a final report, has an application for Final Decree been submitted*?
       [ ] Yes Date application was submitted _____
       [X] No Date when application will be submitted TBD
       *(If required by Local Rule)
    B. Estimated Date of Final Payment Under Plan TBD

    INITIALS _____
    DATE _____
    UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: *Tina Raiford* DATE: 1/20/17

Tina Raiford
(PRINT NAME)

IN RE: Elgin Butler Company    CASE NO. 14-11180-tmd

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 34,979.53 | |
| RECEIPTS | 2,240,794.22 | 20,349,757.32 |
| DISBURSEMENTS | | |
| NET PAYROLL | 714,020.35 | 6,002,242.45 |
| PAYROLL TAXES PAID | 245,982.89 | 2,181,582.34 |
| SECURED/RENTAL/LEASES | 78,781.66 | 931,027.96 |
| UTILITIES | 107,924.97 | 1,676,354.32 |
| INSURANCE | 53,816.59 | 710,789.61 |
| INVENTORY PURCHASES | 409,046.88 | 4,580,295.63 |
| VEHICLE EXPENSES | 0.00 | 0.00 |
| TRAVEL & ENTERTAINMENT | 30,081.05 | 382,376.62 |
| REPAIRS, MAINTENANCE & SUPPLIES | 139,280.63 | 852,528.31 |
| ADMINISTRATIVE & SELLING | 199,899.44 | 1,555,187.63 |
| OTHER (attach list) | | |
| PLAN PAYMENTS (page 1 and page 3) | 199,304.69 | 1,482,566.75 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 2,178,139.15 | 20,354,951.62 |
| NET CASH FLOW | 62,655.07 | (5,194.30) |
| CASH-END OF QUARTER | 97,634.60 | (5,194.30) |

CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
QUARTER ENDING DECEMBER

| | Month/Year 10/2016 | Month/Year 11/2016 | Month/Year 12/2016 | Total |
|---|---|---|---|---|
| Bank Balance | 186,416.72 | 175,854.90 | 293,730.46 | 186,416.72 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | 132,793.86 | 148,955.57 | 196,095.86 | 477,845.29 |
| Adjusted Balance | 53,622.86 | 26,899.33 | 97,634.60 | (291,428.57) |
| Beginning Cash-Per Books | 34,979.53 | 53,622.86 | 27,041.34 | 34,979.53 |
| Receipts | 631,300.00 | 790,350.00 | 819,144.22 | 2,240,794.22 |
| Transfers Between Accounts | (45,657.55) | 7,090.60 | (58,994.25) | -97,561.20 |
| Checks/Other Disbursements | 566,999.12 | 824,022.12 | 689,556.71 | 2,080,577.95 |
| Ending Cash-Per Books | 53,622.86 | 27,041.34 | 97,634.60 | 97,634.60 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year 10/2016 | Month/Year 11/2016 | Month/Year 12/2016 | Total |
|---|---|---|---|---|
| Beginning Cash | 34,979.53 | 53,622.86 | 27,041.34 | |
| Total Receipts | 631,300.00 | 790,350.00 | 819,144.22 | 2,240,794.22 |
| Total Disbursements | 612,656.67 | 816,931.52 | 748,550.96 | 2,178,139.15 |
| Ending Cash | 53,622.86 | 27,041.34 | 97,634.60 | |

2

IN RE: &sect;&sect;&sect;&sect;

Elgin Butler Company    CASE NO. 14-11180-tmd

**DEBTOR**

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| Tax Claims-see attached detail | 1 | TBD | 0.00 | 3,566.28 |
| Frost Bank - see attached detail | 2 | 03/31/2017 | 6,250.00 | 56,250.00 |
| Byline Bank-(Ridgestone Bank)-see attached | 3 | 01/10/2017 | 115,444.82 | 872,634.51 |
| NYBDC - see attached detail | 4 | 1/10/2017 | 8,070.00 | 53,800.00 |
| Steuben Bank - see attached detail | 5 | 01/8/2017 | 39,272.96 | 275,897.55 |
| General Unsecured - see attached detail | 6 | TBD | 29,259.94 | 164,677.28 |
| Leases - see attached detail | 7 | 01/10/2017 | 1,006.97 | 8,274.11 |
| Unsecured Convenience Class-see attached | 8 | TBD | 0.00 | 3,510.94 |
| *EB Liquidating - see attached detail* | 9 | 5/10/2017 | 0.00 | 43,956.08 |
| **TOTAL PLAN PAYMENTS:** (report on page 1 and page 2) | | | 199,304.69 | 1,482,566.75 |

DETAIL OF PLAN PAYMENTS - 4TH QUARTER 2016

| Document Number | Vendor Name | Document Date | Document Amount | Posting Date | Month | Company | Class |
|---|---|---|---|---|---|---|---|
| PYMT105580 | FROST BANK | 12/30/2016 | $6,250.00 | 12/30/2016 | Dec | EB | Class 2 |
| | Total Class 2 | | $6,250.00 | | | | |
| PYMT105123 | RIDGESTONE BANK | 10/14/2016 | $31,648.81 | 10/14/2016 | Oct | EB | Class 3 |
| PYMT105124 | RIDGESTONE BANK | 10/14/2016 | $6,232.91 | 10/14/2016 | Oct | EB | Class 3 |
| PYMT105280 | RIDGESTONE BANK | 11/14/2016 | $33,136.83 | 11/14/2016 | Nov | EB | Class 3 |
| PYMT105281 | RIDGESTONE BANK | 11/14/2016 | $6,544.55 | 11/14/2016 | Nov | EB | Class 3 |
| PYMT105454 | BYLINE BANK (RIDGESTONE BANK) | 12/12/2016 | $6,232.91 | 12/12/2016 | Dec | EB | Class 3 |
| PYMT105455 | BYLINE BANK (RIDGESTONE BANK) | 12/12/2016 | $1,648.81 | 12/12/2016 | Dec | EB | Class 3 |
| PYMT105456 | BYLINE BANK (RIDGESTONE BANK) | 12/12/2016 | $30,000.00 | 12/12/2016 | Dec | EB | Class 3 |
| | Total Class 3 | | $115,444.82 | | | | |
| 7961 | NYBDC - EQUIP LOAN | 11/8/2016 | $2,690.00 | 11/8/2016 | Nov | TTW | Class 4 |
| 7981 | NYBDC - EQUIP LOAN | 11/18/2016 | $2,690.00 | 11/18/2016 | Nov | TTW | Class 4 |
| 8023 | NYBDC - EQUIP LOAN | 12/27/2016 | $2,690.00 | 12/27/2016 | Dec | TTW | Class 4 |
| | Total Class 4 | | $8,070.00 | | | | |
| 7913 | Steuben Trust Co - RENT 100339046507 | 10/3/2016 | $9,818.24 | 10/3/2016 | Oct | TTW | Class 5 |
| 7965 | Steuben Trust Co - RENT 100339046507 | 11/8/2016 | $9,818.24 | 11/8/2016 | Nov | TTW | Class 5 |
| 7984 | Steuben Trust Co - RENT 100339046507 | 11/18/2016 | $9,818.24 | 11/18/2016 | Nov | TTW | Class 5 |
| 8035 | Steuben Trust Co - RENT 100339046507 | 12/29/2016 | $9,818.24 | 12/29/2016 | Dec | TTW | Class 5 |
| | Total Class 5 | | $39,272.96 | | | | |
| 63304 | AMERITRANS, INCORPORATED | 11/28/2016 | $181.94 | 11/28/2016 | Nov | EB | Class 6 |
| 63305 | ARCHITECT FORUM | 11/28/2016 | $60.56 | 11/28/2016 | Nov | EB | Class 6 |
| 63306 | ARNOLD OIL COMPANY OF | 11/28/2016 | $504.05 | 11/28/2016 | Nov | EB | Class 6 |
| 63307 | ASCO | 11/28/2016 | $335.78 | 11/28/2016 | Nov | EB | Class 6 |
| 63308 | AT&T | 11/28/2016 | $648.35 | 11/28/2016 | Nov | EB | Class 6 |
| 63309 | AT&T | 11/28/2016 | $628.84 | 11/28/2016 | Nov | EB | Class 6 |
| 63310 | ATCHLEY & ASSOCIATES | 11/28/2016 | $1,114.66 | 11/28/2016 | Nov | EB | Class 6 |
| 63311 | AUTOMATIC DATA PROCESSING | 11/28/2016 | $138.49 | 11/28/2016 | Nov | EB | Class 6 |
| 63312 | B&L PORTABLE TOILETS | 11/28/2016 | $84.62 | 11/28/2016 | Nov | EB | Class 6 |
| 63313 | BETZ ENTEC INC. | 11/28/2016 | $79.97 | 11/28/2016 | Nov | EB | Class 6 |
| 63314 | BRIAN O'TOOLE,PC | 11/28/2016 | $431.08 | 11/28/2016 | Nov | EB | Class 6 |
| 63315 | BRICK DISTRIBUTORS OF | 11/28/2016 | $429.71 | 11/28/2016 | Nov | EB | Class 6 |
| 63316 | BRICK INDUSTRY ASSOCIATION | 11/28/2016 | $132.56 | 11/28/2016 | Nov | EB | Class 6 |
| 63317 | CAPROCK CLAIMS MANAGEMENT | 11/28/2016 | $72.84 | 11/28/2016 | Nov | EB | Class 6 |
| 63318 | CITY OF AUSTIN | 11/28/2016 | $67.15 | 11/28/2016 | Nov | EB | Class 6 |
| 12083 | City of Healdsburg | 11/28/2016 | $91.69 | 11/28/2016 | Nov | MTC | Class 6 |
| 63319 | COLUMBUS BEARING & | 11/28/2016 | $95.12 | 11/28/2016 | Nov | EB | Class 6 |
| 63320 | CON-WAY FREIGHT | 11/28/2016 | $601.51 | 11/28/2016 | Nov | EB | Class 6 |
| 7993 | Con-way Freight Inc. | 11/28/2016 | $73.70 | 11/28/2016 | Nov | TTW | Class 6 |
| 12084 | Coyote | 11/28/2016 | $337.54 | 11/28/2016 | Nov | MTC | Class 6 |
| 7994 | COYOTE | 11/28/2016 | $275.73 | 11/28/2016 | Nov | TTW | Class 6 |
| 63321 | CSA TRANSPORTATION | 11/28/2016 | $491.11 | 11/28/2016 | Nov | EB | Class 6 |
| 63322 | DIAMOND SPEED PRODUCTS,INC. | 11/28/2016 | $94.64 | 11/28/2016 | Nov | EB | Class 6 |
| 63323 | DOCUMATION OF AUSTIN | 11/28/2016 | $290.37 | 11/28/2016 | Nov | EB | Class 6 |
| 12085 | Echo Global Logistics | 11/28/2016 | $70.85 | 11/28/2016 | Nov | MTC | Class 6 |
| 7995 | Echo Global Logistics Inc. | 11/28/2016 | $175.00 | 11/28/2016 | Nov | TTW | Class 6 |
| 63324 | ELLIOTT ELECTRIC SUPPLY | 11/28/2016 | $64.97 | 11/28/2016 | Nov | EB | Class 6 |
| 7996 | Fed Ex | 11/28/2016 | $271.52 | 11/28/2016 | Nov | TTW | Class 6 |
| 63325 | FEDERAL EXPRESS CORP. | 11/28/2016 | $428.03 | 11/28/2016 | Nov | EB | Class 6 |
| 7997 | FedEx Freight | 11/28/2016 | $344.09 | 11/28/2016 | Nov | TTW | Class 6 |
| 63326 | FM S.R.L. | 11/28/2016 | $58.87 | 11/28/2016 | Nov | EB | Class 6 |
| | GCS TECHNOLOGIES, INC. | 10/3/2016 | $703.43 | 10/3/2016 | Oct | EB | Class 6 |
| 63170 | GCS TECHNOLOGIES, INC. | 11/1/2016 | $703.43 | 11/1/2016 | Nov | EB | Class 6 |
| 63327 | HILL COUNTRY ELECTRIC SUPPLY | 11/28/2016 | $64.64 | 11/28/2016 | Nov | EB | Class 6 |
| 7998 | Jardam LLC | 11/28/2016 | $291.67 | 11/28/2016 | Nov | TTW | Class 6 |
| 63328 | LINCOLN FINANCIAL GROUP | 11/28/2016 | $86.55 | 11/28/2016 | Nov | EB | Class 6 |
| 63329 | LINCOLN NATIONAL LIFE INSURANCE COMPANY | 11/28/2016 | $80.47 | 11/28/2016 | Nov | EB | Class 6 |
| 8005 | Mascoma Savings Bank | 11/28/2016 | $48.63 | 11/28/2016 | Nov | TTW | Class 6 |

| Document Number | Vendor Name | Document Date | Document Amount | Posting Date | Month | Company | Class |
|---|---|---|---|---|---|---|---|
| 63330 | MATSON LOGISTICS SERVICES LLC | 11/28/2016 | $1,110.00 | 11/28/2016 | Nov | EB | Class 6 |
| 63331 | MCMASTER-CARR SUPPLY CO. | 11/28/2016 | $67.12 | 11/28/2016 | Nov | EB | Class 6 |
| 63332 | MOTOR CITY TOOL & DIE | 11/28/2016 | $107.50 | 11/28/2016 | Nov | EB | Class 6 |
| 63333 | MSC INDUSTRIAL SUPPLY | 11/28/2016 | $72.18 | 11/28/2016 | Nov | EB | Class 6 |
| 63334 | MYRAMID ANALYTICAL INC | 11/28/2016 | $1,198.00 | 11/28/2016 | Nov | EB | Class 6 |
| 8006 | NYBDC - EQUIP LOAN | 11/28/2016 | $1,083.22 | 11/28/2016 | Nov | TTW | Class 6 |
| 63335 | OFFICE DEPOT | 11/28/2016 | $77.15 | 11/28/2016 | Nov | EB | Class 6 |
| 7999 | Optimation Technology Inc. | 11/28/2016 | $583.69 | 11/28/2016 | Nov | TTW | Class 6 |
| 8000 | PILOT FREIGHT SERVICES | 11/28/2016 | $546.76 | 11/28/2016 | Nov | TTW | Class 6 |
| 63336 | PMI Steel Pipe | 11/28/2016 | $206.43 | 11/28/2016 | Nov | EB | Class 6 |
| 8001 | Ram Products, Inc | 11/28/2016 | $177.16 | 11/28/2016 | Nov | TTW | Class 6 |
| 8007 | REDEC | 11/28/2016 | $955.56 | 11/28/2016 | Nov | TTW | Class 6 |
| 63337 | ROMCO EQUIPMENT COMPANY | 11/28/2016 | $3,991.57 | 11/28/2016 | Nov | EB | Class 6 |
| 63338 | SAIA MOTOR INC. | 11/28/2016 | $140.22 | 11/28/2016 | Nov | EB | Class 6 |
| 63339 | SIGNODE INDUSTRY | 11/28/2016 | $264.46 | 11/28/2016 | Nov | EB | Class 6 |
| 12086 | Sonoma County Tax Collector | 11/28/2016 | $319.25 | 11/28/2016 | Nov | MTC | Class 6 |
| 8008 | Statewide Zone Capital Corp. | 11/28/2016 | $1,164.61 | 11/28/2016 | Nov | TTW | Class 6 |
| PYMT105127 | Tannor Partners | 10/19/2016 | $1,500.00 | 10/19/2016 | Oct | EB | Class 6 |
| 63295 | Tannor Partners | 11/15/2016 | $1,336.48 | 11/15/2016 | Nov | EB | Class 6 |
| 63340 | TEXAS WELDING SUPPLY | 11/28/2016 | $148.63 | 11/28/2016 | Nov | EB | Class 6 |
| 63341 | THE JAKE GROUP | 11/28/2016 | $349.19 | 11/28/2016 | Nov | EB | Class 6 |
| 63342 | THE NATIONAL BRICK RESEARCH | 11/28/2016 | $98.22 | 11/28/2016 | Nov | EB | Class 6 |
| 63343 | TOWNLEY LUMBER | 11/28/2016 | $445.36 | 11/28/2016 | Nov | EB | Class 6 |
| 63344 | TRINITY CERAMIC SUPPLY | 11/28/2016 | $832.10 | 11/28/2016 | Nov | EB | Class 6 |
| 63345 | ULINE | 11/28/2016 | $267.30 | 11/28/2016 | Nov | EB | Class 6 |
| 12087 | Uline | 11/28/2016 | $320.49 | 11/28/2016 | Nov | MTC | Class 6 |
| 8002 | ULINE | 11/28/2016 | $205.24 | 11/28/2016 | Nov | TTW | Class 6 |
| 8009 | UPS | 11/28/2016 | $19.04 | 11/28/2016 | Nov | TTW | Class 6 |
| 63346 | W.W. GRAINGER INC. | 11/28/2016 | $301.82 | 11/28/2016 | Nov | EB | Class 6 |
| 8003 | YRC | 11/28/2016 | $665.85 | 11/28/2016 | Nov | TTW | Class 6 |
| 8010 | YRC | 11/28/2016 | $26.05 | 11/28/2016 | Nov | TTW | Class 6 |
| 8004 | Con-way Freight Inc. | 11/28/2016 | $25.13 | 11/28/2016 | Nov | TTW | Class 6 |
| | Total Class 6 | | $29,259.94 | | | | |
| 7938 | HYG Financial Services | 10/12/2016 | $251.75 | 10/12/2016 | Oct | TTW | Class 7 |
| 7923 | HYG Financial Services | 10/12/2016 | $251.75 | 10/12/2016 | Oct | TTW | Class 7 |
| 7960 | HYG Financial Services | 11/8/2016 | $251.75 | 11/8/2016 | Nov | TTW | Class 7 |
| 8022 | HYG Financial Services | 12/27/2016 | $251.72 | 12/27/2016 | Dec | TTW | Class 7 |
| | Total Class 7 | | $1,006.97 | | | | |
| | GRAND TOTAL PLAN PAYMENTS | | $199,304.69 | | | | |